# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 19-24330-JAD |
| Michael D. Vinsick, ) | Chapter 13 |
|     Debtor. ) | Document No.: |
| ) | Related to Document No.: 10 |
| _____ ) | |
| Michael D. Vinsick, ) | |
|     Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent. ) | |

## ORDER

AND NOW, to wit, this __22nd__ day of __November__, 2019, it is hereby

ORDERED, ADJUDGED and DECREED, that the Debtor, Michael D. Vinsick, is hereby

granted an extension until December 3, 2019 to file a completed Chapter 13 petition and

plan in this case. No additional extensions will be requested or granted.

_____sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
11/22/19 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-24330-JAD
Michael D Vinsick                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: agro              Page 1 of 1         Date Rcvd: Nov 22, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db          +Michael D Vinsick,    228 Nemacolin Road,    Carmichaels, PA 15320-1124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
      New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
      CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
      Matthew M. Herron    on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com,
      hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                         TOTAL: 4