IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **19-24330** |
| **Michael D. Vinsick** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Michael D. Vinsick** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Matthew M. Herron 88927**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the Debtor's complete bankruptcy schedules.

By: **/s/ Matthew M. Herron**
Signature
**Matthew M. Herron 88927**
Typed Name
**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927 PA**
List Bar I.D. and State of Admission

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193

Dollar Bank
3 Gateway Center
Pittsburgh, PA 15222

First National Bank
Attn: Bankruptcy
4140 East State Street
Hermitage, PA 16148

Genesis Bc/Celtic Bank
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Home Savings Bank
Attention: Legal Department
275 West Federal Streeet
Youngstown, OH 44503

Internal Revenue Service
Centralized Insolvency Unit
PO Box 21126
Philadelphia, PA 19114-0326

LendingClub
Attn: Bankruptcy
595 Market St, Ste 200
San Francisco, CA 94105

ML Factors Funding LLC
456A Central Avenue
Cedarhurst, NY 11516

PA SCDU
PO Box 69111
Harrisburg, PA 17106-9111

```
Pennsylvania Department of Revenue
Bureau of Individual Taxes
PO Box 280431
Harrisburg, PA 17128-0431

Rebecca Vinsick
228 Nemacolin Road
Carmichaels, PA 15320

Seterus, Inc.
Attn: Bankruptcy
PO Box 1077
Hartford, CT 06143

SPS
PO Box 65250
Salt Lake City, UT 84165-0250

Stepp Law Offices
Kelly A. Stepp, Esq.
64 N. Rich Hill Street
Suite 101
Waynesburg, PA 15370

Syncb/JCI Home Design
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Treasurer's Office Greene County
93 East High Street
Waynesburg, PA 15370
```