# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )
Michael D. Vinsick,                 )    Case No.: 19-24330-JAD
                                    )    Chapter 13
      Debtor.                       )

## INCOME VERIFICATION STATEMENT

I, Michael D. Vinsick, hereby state as follows:

1. In the three months prior to filing, I received the following business income:

   a. August 2019: $600.00
   b. September 2019: $600.00
   c. October 2019: $600.00

I verify under the penalty of perjury that the foregoing is true and correct.

                                            /s/ *Michael D. Vinsick*
                                            Michael D. Vinsick
                                            Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael D. Vinsick, | ) | Case No.: 19-24330-JAD |
| | ) | Chapter 13 |
| Debtor. | ) | |

## INCOME VERIFICATION STATEMENT

I, Michael D. Vinsick, hereby state as follows:

1. In the six months prior to filing, I received the following gross income from rental properties:

    a. May 2019: $1150.00
    b. June 2019: $1150.00
    c. July 2019: $1150.00
    d. August 2019: $1150.00
    e. September 2019: $1150.00
    f. October 2019: $1150.00

I verify under the penalty of perjury that the foregoing is true and correct.

/s/ *Michael D. Vinsick*
Michael D. Vinsick
Debtor

## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | State/Local Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| **Employee: Vinsick, Michael D** <br> **SSN: xxx-xx-6407** | | | | | | | | | |
| 1/4/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | 213.02 FED FIT <br> 124.00 FED SOCSEC <br> 29.00 FED MEDCARE | 213.02 PA SIT <br> 124.00 PA SUI <br> 29.00 PA7294 - Carmichaels Boro LIT <br> PA4814 - Carmichaels Boro LST | 61.40 <br> 1.20 <br> 20.00 <br><br> 10.00 | 1,541.38 Check No: 22198 |
| 2/15/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT <br> FED SOCSEC <br> FED MEDCARE | 213.02 PA SIT <br> 124.00 PA SUI <br> 29.00 PA7294 - Carmichaels Boro LIT | 61.40 <br> 1.20 <br> 20.00 | 1,551.38 Check No: 22330 |
| 3/1/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT <br> FED SOCSEC <br> FED MEDCARE | 213.02 PA SIT <br> 124.00 PA SUI <br> 29.00 PA7294 - Carmichaels Boro LIT | 61.40 <br> 1.20 <br> 20.00 | 1,551.38 Check No: 22378 |
| 3/15/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT <br> FED SOCSEC <br> FED MEDCARE | 213.02 PA SIT <br> 124.00 PA SUI <br> 29.00 PA7294 - Carmichaels Boro LIT | 61.40 <br> 1.20 <br> 20.00 | 1,551.38 Check No: 22424 |
| 3/29/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT <br> FED SOCSEC <br> FED MEDCARE | 213.02 PA SIT <br> 124.00 PA SUI <br> 29.00 PA7294 - Carmichaels Boro LIT | 61.40 <br> 1.20 <br> 20.00 | 1,551.38 Check No: 22469 |
| 4/12/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT <br> FED SOCSEC <br> FED MEDCARE | 213.02 PA SIT <br> 124.00 PA SUI <br> 29.00 PA7294 - Carmichaels Boro LIT | 61.40 <br> 1.20 <br> 20.00 | 1,551.38 Check No: 22513 |
| 4/26/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT <br> FED SOCSEC <br> FED MEDCARE | 213.02 PA SIT <br> 124.00 PA SUI <br> 29.00 PA7294 - Carmichaels Boro LIT | 61.40 <br> 1.20 <br> 20.00 | 1,551.38 Check No: 22558 |

## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | | State/Local Taxes | | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 213.02<br>124.00<br>29.00 | PA SIT<br>PA SUI<br>PA7294 - Carmichaels Boro LIT | 61.40<br>1.20<br>20.00 | | 1,551.38<br>Check No: 22601 |
| 5/24/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 213.02<br>124.00<br>29.00 | PA SIT<br>PA SUI<br>PA7294 - Carmichaels Boro LIT | 61.40<br>1.20<br>20.00 | | 1,551.38<br>Check No: 22644 |
| 6/7/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 213.02<br>124.00<br>29.00 | PA SIT<br>PA SUI<br>PA7294 - Carmichaels Boro LIT | 61.40<br>1.20<br>20.00 | | 1,551.38<br>Check No: 22688 |
| 6/21/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 213.02<br>124.00<br>29.00 | PA SIT<br>PA SUI<br>PA7294 - Carmichaels Boro LIT | 61.40<br>1.20<br>20.00 | | 1,551.38<br>Check No: 22733 |
| 7/5/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 213.02<br>124.00<br>29.00 | PA SIT<br>PA SUI<br>PA7294 - Carmichaels Boro LIT | 61.40<br>1.20<br>20.00 | | 1,551.38<br>Check No: 22778 |
| 7/19/2019 | Regular | | 0.00 | 2,000.00 | 2,000.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 213.02<br>124.00<br>29.00 | PA SIT<br>PA SUI<br>PA7294 - Carmichaels Boro LIT | 61.40<br>1.20<br>20.00 | | 1,551.38<br>Check No: 22823 |
| Employee Totals: | Regular | | 0.00 | $26,000.00 | $26,000.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | $2,769.26<br>$1,612.00<br>$377.00 | PA SIT<br>PA SUI<br>PA7294 - Carmichaels Boro LIT<br>PA4814 - Carmichaels Boro LST | $798.20<br>$15.60<br>$260.00<br><br>$10.00 | | $20,157.94 |