IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| MICHAEL D. VINSICK, | : | No. 19-24330-JAD |
| | : | |
| Debtor | : | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>**

TO: CLERK, UNITED STATES BANKRUPTCY COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case be served upon the undersigned counsel.

                                                    Respectfully submitted,

                                                    JOSH SHAPIRO
                                                    ATTORNEY GENERAL

Date: December 18, 2019               By:     <u>/s/ Lauren A. Michaels</u>
                                                               Lauren A. Michaels
                                                              Deputy Attorney General
                                                              Counsel to Pennsylvania
                                                              Department of Revenue
                                                              1251 Waterfront Place
                                                              Mezzanine Level
                                                              Pittsburgh, PA 15222
                                                              Phone #:  412-235-9072
                                                              PA I.D. # 320686
                                                              Email: <u>LMichaels@attorneygeneral.gov</u>