IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
                                                :   Bankruptcy No. 19-24330-JAD
Michael D. Vinsick,                             :
           Debtor.                              :
                                                :   Chapter 13
Michael D. Vinsick,                             :
           Movant,                              :
                                                :   Related to Document Nos. 25 & 27
       v.                                       :
                                                :
                                                :
No Respondent.                                  :

## CERTIFICATE OF SERVICE

I, Matthew M. Herron, attorney of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 15th day of January 2020

I served a copy of:    **ORDER GRANTING REQUEST TO RESTRICT PUBLIC ACCESS TO EXHIBIT A OF DEBTOR'S APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL**

RE:    Michael D. Vinsick                    Case No.: 19-24330-JAD
                                             Chapter 13

ON:    David A. Colecchia, Esq.              Michael D. Vinsick
       Law Care                              334 ½ Ceylon Road
       324 South Maple Avenue                Carmichaels, PA 15320
       Greensburg, PA 15601-3219
       *dcolecchia@my-lawyers.us

       Ronda J. Winnecour                    US Trustee
       Suite 3250, USX Tower                 970 Liberty Center
       600 Grant Street                      1001 Liberty Avenue
       Pittsburgh, PA 15219                  Pittsburgh, PA 15222
       *cmecf@chapter13trusteewdpa.com       *ustpregion03.pi.ecf@usdoj.gov

BY:    Regular First Class U.S. Mail and *Electronic Notice

I certify under penalty of perjury that the foregoing is true and correct.


Date:  January 15, 2020                      /s/ *Matthew M. Herron*
                                             Matthew M. Herron, Esq.
                                             The Debt Doctors, LLC
                                             607 College Street, Suite 101

Pittsburgh, PA 15232
(412) 395-6001