# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Michael D. Vinsick, | ) | Bankruptcy No.: 19-24330-JAD |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Document No.: |
| Michael D. Vinsick, | ) | |
| | ) | |
| Movant, | ) | Related to Doc. #25 |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents. | ) | |

## ORDER EMPLOYING SPECIAL COUNSEL

AND NOW, this  31st  day of  January , 2020, upon consideration of the Debtor's Application for Order of Employment of Special Counsel, it is hereby ORDERED, ADJUDGED and DECREED as follows:

    1.    David A. Colecchia, Esq. and Law Care, 324 South Maple Avenue, Greensburg, PA 15601-3219, are hereby appointed as Special Counsel for the Estate/Debtor pursuant to the terms (including compensation terms) described in the letter of engagement attached to the above-referenced Application for the limited purpose of acting as counsel in connection with the interest of the Estate/Debtor in providing the Debtor representation in all domestic relations matters as referenced in the foregoing Application. No settlement of any claim is to occur without prior Court Order after notice and a hearing.

    2.    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and awards in similar cases.

    3.    Approval of any application for appointment of a professional in which certain hourly rates/compensation terms are stated for various professional is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms, and is not a preapproval

of compensation pursuant to 11 U.S.C. §328(a). Final compensation, awarded only after notice and a hearing, may be more or less than the requested hourly rates/compensation based on application of the above-mentioned factors in granting approval by Court Order.

    4.    The Applicant shall serve the within Order on all interested parties and file a Certificate of Service.

BY THE COURT:

_____sjk_____
United States Bankruptcy Judge
Jeffery A. Deller

FILED
1/31/20 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael D Vinsick
      Debtor

Case No. 19-24330-JAD
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 1 | Date Rcvd: Jan 31, 2020 |
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.
db       +Michael D Vinsick,   228 Nemacolin Road,   Carmichaels, PA 15320-1124
sp       +David A Colecchia,   324 S. Maple Ave.,   Greensburg, PA 15601-3219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:
    David W. Raphael    on behalf of Creditor    Dollar Bank, FSB draphael@grenenbirsic.com, mcupec@grenenbirsic.com
    Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
    James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
    Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue lmichaels@attorneygeneral.gov
    Matthew M. Herron    on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    TOTAL: 7