# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Michael D. Vinsick, | ) | Bankruptcy No.: 19-24330-JAD |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Document No.: |
| Michael D. Vinsick, | ) | |
| | ) | Response Deadline: 01/20/2020 |
| Movant, | ) | Hearing Date/Time: 02/07/2020 |
| | ) | at 11:00 AM |
| v. | ) | |
| | ) | |
| No Respondents. | ) | |

## CERTIFICATE OF SERVICE

I, Matthew M. Herron, attorney of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 3rd day of February 2020

I served a copy of: **ORDER GRANTING APPLICATION FOR ORDER OF EMPLOYMENT OF PROFESSIONAL**

RE: Michael D. Vinsick                                    Case No.: 19-24330-JAD
                                                                          Chapter 13

ON: David A. Colecchia, Esq.
Law Care
324 South Maple Avenue
Greensburg, PA 15601-3219
*dcolecchia@my-lawyers.us

Ronda J. Winnecour                                  US Trustee
Suite 3250, USX Tower                              970 Liberty Center
600 Grant Street                                        1001 Liberty Avenue
Pittsburgh, PA 15219                                 Pittsburgh, PA 15222
*cmecf@chapter13trusteewdpa.com       *ustpregion03.pi.ecf@usdoj.gov

BY: *Electronic Notice

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 3, 2020                              /s/ *Matthew M. Herron*
                                                                Matthew M. Herron, Esq.
                                                                The Debt Doctors, LLC
                                                                607 College Street, Suite 101

Pittsburgh, PA 15232
(412) 395-6001

Case 19-24330-JAD    Doc 40    Filed 02/03/20    Entered 02/03/20 11:07:50    Desc Main
Document      Page 2 of 2