IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael D Vinsick
*Debtor(s)*

: Case No: 19−24330
:
: Chapter: 13

## NOTICE OF PROOF OF CLAIM FILED BY DEBTOR/TRUSTEE

The DEBTOR has filed a Proof of Claim on behalf of the following creditor:

| NAME | CLAIM NO. | AMOUNT |
|---|---|---|
| Home Savings Bank | 21 | $37,380.89 |

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh,PA 15219

02/14/2020

By: /s/ ADI User

cc:  Creditor
     Debtor's Attorney
     Trustee
     Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael D Vinsick
      Debtor

Case No. 19-24330-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 1     Date Rcvd: Feb 14, 2020
                         Form ID: pdfadint     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2020.
db            +Michael D Vinsick,    228 Nemacolin Road,    Carmichaels, PA 15320-1124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2020 at the address(es) listed below:

         David W. Raphael     on behalf of Creditor     Dollar Bank, FSB draphael@grenenbirsic.com, mcupec@grenenbirsic.com
         Donna M. Donaher     on behalf of Creditor     First National Bank of Pennsylvania donaherd@fnb-corp.com
         James Warmbrodt     on behalf of Creditor     The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
         Lauren Michaels     on behalf of Creditor     Office of Attorney General, Department of Revenue lmichaels@attorneygeneral.gov
         Matthew M. Herron     on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                                          TOTAL: 7