**United States Bankruptcy Court**
**Western District of Pennsylvania**

In re  **Michael D. Vinsick**                  Case No. **19-24330-JAD**
                                        Debtor(s)       Chapter **13**

## Notice of Change of Address for the Debtor

**Our Mailing Address was previously listed as:**

Name:          **Michael D. Vinsick**

Street:          **228 Nemacolin Road**

City, State and Zip:     **Carmichaels, PA 15320**

**Please be advised our new mailing address is:**

Name:          **Michael D. Vinsick**

Street:          **334 ½ Ceylon Road**

City, State and Zip:     **Carmichaels, PA 15320**

                                                                  */s/ Michael D. Vinsick*
                                                                   Michael D. Vinsick
                                                                    Debtor

                                                                   Respectfully submitted,
                                                                   THE DEBT DOCTORS

Dated:    February 26, 2020                By: */s/ Matthew M. Herron*
                                                                   Matthew M. Herron, Esquire
                                                                   PA I.D. No.:   88927
                                                                   607 College Street, Suite 101
                                                                   Pittsburgh, PA 15232
                                                                   (412) 395-6001
                                                                   mmh@thedebtdoctors.com