# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MICHAEL D VINSICK
- **Case Number:** 19-24330-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 21, 2020 02:00 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#18 - Continued Confirmation of Plan Dated 12/3/2019 - NFC
R / M #: 18 / 0

**Appearances:**

- Debtor: Buchanan
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___
7. ✓ Plan/Motion continued to **8/13/20** at **1:00 pm** @ p60
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

*Handwritten notes:* Con't for stipulation between Debtor & PA Rev concerning treatment of trust fund taxes in plan. Similarly need stip with FNB.

FILED
5/27/20 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA