**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael D Vinsick**
   Debtor(s)

Bankruptcy Case No.: 19–24330–JAD
Issued per 8/13/2020 Proceeding
Chapter: 13
Docket No.: 53 – 18
Conciliation Conference Date: 10/22/20 at 02:00 PM

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____      _____
                   (Date)                                  (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael D Vinsick  
    Debtor

Case No. 19-24330-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: skoz     Page 1 of 1     Date Rcvd: Aug 18, 2020  
Form ID: 150     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
db     +Michael D Vinsick,    334 Ceylon Road,    Carmichaels, PA 15320-1402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:
       Beth L. Slaby    on behalf of Creditor    Dollar Bank, FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com  
       David W. Raphael    on behalf of Creditor    Dollar Bank, FSB raphaeld@fnb-corp.com  
       Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com  
       James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com  
       Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue lmichaels@attorneygeneral.gov  
       Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
       Matthew M. Herron    on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                 TOTAL: 9