IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Michael D. Vinsick** | : : : : | Bankruptcy No. **19-24330** |
| | : | Chapter **13** |
| Debtor | : : : | |
| **Michael D. Vinsick** | : : : | Related to Document No. |
| Movant | : : : : | |
| v. | : : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Matthew M. Herron 88927**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the debtor's bankruptcy schedules.

By: **/s/ Matthew M. Herron**
Signature
**Matthew M. Herron 88927**
Typed Name
**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927 PA**
List Bar I.D. and State of Admission

Home Savings Bank
Attention: Legal Department
275 West Federal Streeet
Youngstown, OH 44503

WH Midwest,  LLC
3777 Boettler Oaks Drive
Uniontown, OH 44685

WH Midwest, LLC
c/o Jamie M. Haren, Esq.
6370 Mt. Pleasant Street NW
North Canton, OH 44720