IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Michael D. Vinsick** | : | Bankruptcy No. **19-24330** |
| | : | |
| Debtor | : | |
| Michael D. Vinsick | : | Chapter **13** |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____  Voluntary Petition - *Specify reason for amendment*:

_____  Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____  Summary of Schedules
_____  Schedule A - Real Property
_____  Schedule B - Personal Property
_____  Schedule C - Property Claimed as Exempt
**X**  Schedule D - Creditors holding Secured Claims
    Check one:
    **X**  Creditor(s) added: WH Midwest, LLC
    **X**  NO Creditor(s) added: Update claim amounts owed to Home Savings Bank
    _____  Creditor(s) deleted
_____  Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
    _____  Creditor(s) added
    _____  NO Creditor(s) added
    _____  Creditor(s) deleted
_____  Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
    _____  Creditor(s) added
    _____  NO Creditor(s) added
    _____  Creditor(s) deleted
_____  Schedule G - Executory Contracts and Unexpired Leases
    Check one:
    _____  Creditor(s) added
    _____  NO Creditor(s) added
    _____  Creditor(s) deleted
_____  Schedule H - Codebtors
_____  Schedule I - Current Income of Individual Debtor(s)
_____  Schedule J - Current Expenditures of Individual Debtor(s)
_____  Statement of Financial Affairs
_____  Chapter 7 Individual Debtor's Statement of Intention
_____  Chapter 11 List of Equity Security Holders
_____  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____  Disclosure of Compensation of Attorney for Debtor
_____  Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date via electronic notification to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Date    September 10, 2020

/s/ Matthew M. Herron
Attorney for Debtor(s) [or *pro se* Debtor(s)]

**Matthew M. Herron 88927**
(Typed Name)

**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
(Address)

**412-395-6001**
(Phone No.)

**88927 PA**
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael D. Vinsick** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 19-24330 | | |

■ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Home Savings Bank**<br>Creditor's Name<br><br>**Attention: Legal Department**<br>**275 West Federal Streeet**<br>**Youngstown, OH 44503**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br><br>**334 1/2 Ceylon Road Carmichaels, PA 15320  Greene County Market value based on the 2017 purchase price - 10% was subtracted for cost of sale** | $330,371.86 | $330,300.00 | $71.86 |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

| Date debt was incurred | **Opened 08/17  Last Active 8/14/19** | Last 4 digits of account number | **3222** |
|---|---|---|---|

| Debtor 1 | **Michael D. Vinsick** | | Case number (if known) | **19-24330** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.2 | **Home Savings Bank** | Describe the property that secures the claim: | $37,380.89 | $330,300.00 | $37,380.89 |
|---|---|---|---|---|---|
| | Creditor's Name | **334 1/2 Ceylon Road Carmichaels, PA 15320  Greene County Market value based on the 2017 purchase price - 10% was subtracted for cost of sale** | | | |

**Attention: Legal Department**
**275 West Federal Streeet**
**Youngstown, OH 44503**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Second Mortgage**

Date debt was incurred   **Opened 08/17  Last Active 8/12/19**
Last 4 digits of account number   **4009**

| 2.3 | **WH Midwest, LLC** | Describe the property that secures the claim: | $67,472.28 | $330,300.00 | $67,472.28 |
|---|---|---|---|---|---|
| | Creditor's Name | **334 1/2 Ceylon Road Carmichaels, PA 15320  Greene County Market value based on the 2017 purchase price - 10% was subtracted for cost of sale** | | | |

**c/o Jamie M. Haren, Esq.**
**6370 Mt. Pleasant Street NW**
**North Canton, OH 44720**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **2019**
Last 4 digits of account number   **2019**

Add the dollar value of your entries in Column A on this page. Write that number here:   **$435,225.03**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$435,225.03**

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**WH Midwest,  LLC**
**3777 Boettler Oaks Drive**
**Uniontown, OH 44685**

On which line in Part 1 did you enter the creditor?   **2.3**
Last 4 digits of account number ___