IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-24330-JAD |
| MICHAEL D. VINSICK, | Chapter 13 |
| Debtor, | Doc. No. |
| WH MIDWEST, LLC | |
| Movant, | Hearing Date: December 9, 2020<br>Time: 10:00 AM |
| v. | Responses due: November 23, 2020 |
| MICHAEL D. VINSICK and<br>RONDA J. WINNECOUR, Trustee, | |
| Respondents. | |

## CERTIFICATE OF SERVICE

    I, the under signed, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 6th day of November, 2020, I served a copy of the Notice of Hearing with Response Deadline, together with Motion for Relief from the Automatic Stay and Co-Debtor Relief upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| | |
|---|---|
| Michael D Vinsick<br>334 Ceylon Road<br>Carmichaels, PA 15320<br><br>Rebecca Vinsick<br>228 Nemacolin Road<br>Carmichaels, PA 15320 | Matthew M. Herron<br>The Debt Doctors, LLC<br>607 College Street<br>Suite 101<br>Pittsburgh, PA 15232 |

| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
|---|---|

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135

*Counsel for WH Midwest, LLC d/b/a Wayne Homes*