IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL D. VINSICK,<br><br>      Debtor,<br><br><br>WH MIDWEST, LLC D/B/A WAYNE HOMES<br><br>      Movant,<br>  v.<br><br>MICHAEL D. VINSICK and<br>RONDA J. WINNECOUR, Trustee,<br><br>      Respondents. | Bankruptcy No. 19-24330-JAD<br><br>Chapter 13 |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO ALLOW LATE PROOF OF CLAIMS

TO THE RESPONDENT(S):

      You are hereby notified that the above Movant seeks an order affecting your rights or property.

      You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Monday, November 23, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.

      If you fail to timely file and serve a response, the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed of if the hearing will go forward as scheduled. You should take this Notice and the Motion to your lawyer at once.

     A telephonic hearing will be held on **Wednesday, December 9, 2020, at 10:00 a.m.** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must resgister (and pay he regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prio to the scheduled hearing. All counsel and parties participation set forth in the procedures for Judge Deller's cases, which may be foun on the Court's webpage at www.pawb.uscourts.gov.

     Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: November 6, 2020

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for WH Midwest, LLC d/b/a Wayne Homes*