IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No.  19-24330-JAD |
| MICHAEL D. VINSICK, | Chapter 13 |
| Debtor, | |
| WH MIDWEST, LLC D/B/A WAYNE HOMES | |
| Movant,<br>v. | |
| MICHAEL D. VINSICK and<br>RONDA J. WINNECOUR, Trustee, | |
| Respondents. | |

## CERTIFICATE OF SERVICE OF MOTION TO ALLOW LATE PROOF OF CLAIM AND NOTICE OF HEARING WITH RESPONSE DEADLINE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on November 6, 2020 I served copies of WH Midwest, LLC d/b/a Wayne Homes' Motion to Allow Late Proof of Claim, and the Notice of Hearing with Response Deadline on Motion to Allow Late Proof of Claim upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Michael D Vinsick
334 Ceylon Road
Carmichaels, PA 15320

Matthew M. Herron
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135

*Counsel for WH Midwest, LLC d/b/a Wayne Homes*