# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL D VINSICK

Case No. 19-24330JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

FIRST FEDERAL BANK OF THE
MIDWEST S/B/M HOME SAVINGS
BANK

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION FOR THE REFUND WAS PROVIDED. THE PENDING RELIEF FROM STAY HAS NOT YET BEEN GRANTED.

FIRST FEDERAL BANK OF THE MIDWEST
S/B/M HOME SAVINGS BANK
275 WEST FEDERAL ST
YOUNGSTOWN, OH 44503

Court claim# 21/Trustee CID# 6

The Movant further certifies that on 02/05/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

| | |
|---|---|
| **DEBTOR(S):**<br>MICHAEL D VINSICK, 334 1/2 CEYLON RD, CARMICHAELS, PA 15320 | **DEBTOR'S COUNSEL:**<br>MATTHEW M HERRON ESQ, THE DEBT DOCTORS LLC, 607 COLLEGE ST STE 101, PITTSBURGH, PA 15232 |
| **ORIGINAL CREDITOR'S COUNSEL:**<br>MELODY A DUGIC ESQ, 6 FEDERAL PLAZA CENTRAL #1300, YOUNGSTOWN, OH 44503 | **ORIGINAL CREDITOR:**<br>FIRST FEDERAL BANK OF THE MIDWEST S/B/M HOME SAVINGS BANK, 275 WEST FEDERAL ST, YOUNGSTOWN, OH 44503 |
| **NEW CREDITOR:** | |