# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL D VINSICK

Case No. 19-24330JAD

       Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

       Movant
vs.
REBECCA VINSICK

Document No __

       Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION FOR THE REFUND WAS PROVIDED. THE PENDING RELIEF FROM STAY HAS NOT YET BEEN GRANTED.

REBECCA VINSICK
228 NEMACOLIN RD
CARMICHAELS, PA 15320

Court claim# 13-2/Trustee CID# 21

The Movant further certifies that on 02/05/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MICHAEL D VINSICK, 334 1/2 CEYLON RD, CARMICHAELS, PA 15320

DEBTOR'S COUNSEL:
MATTHEW M HERRON ESQ, THE DEBT DOCTORS LLC, 607 COLLEGE ST STE 101, PITTSBURGH, PA 15232

NEW CREDITOR:

ORIGINAL CREDITOR:
REBECCA VINSICK, 228 NEMACOLIN RD, CARMICHAELS, PA 15320