IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-24330-JAD |
| Michael D. Vinsick ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| First Federal Bank of the Midwest S/B/M ) | |
| Home Savings Bank ) | |
| ) | |
| Respondent(s) ) | |

## WITHDRAWAL OF NOTICE OF FUNDS ON RESERVE

The Notice of Funds on Reserve that was filed in the above-referenced case on February 5, 2021 (document #89) is hereby WITHDRAWN.

Respectfully submitted

2/12/2021

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-24330-JAD |
| Michael D. Vinsick ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| First Federal Bank of the Midwest S/B/M ) | |
| Home Savings Bank ) | |
| ) | |
| Respondent(s) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Micahel D. Vinsick
334 ½ Ceylon Road
Carmichaels, PA  15320

Matthew Herron, Esquire
The Debt Doctors LLC
607 College Street, Suite 101
Pittsburgh, PA  15232

Melody A. Dugic, Esquire
6 Federal Plaza Central #1300
Youngstown, OH  44503

First Federal Bank of the Midwest
S/B/M Home Savings Bank
275 West Federal Street
Youngstown, OH  44503


2/12/21                                          /s/ Susan Legler
Date                                              Office of the Chapter 13 Trustee
                                                  US Steel Tower – Suite 3250
                                                  600 Grant Street
                                                  Pittsburgh, PA  15219
                                                  (412) 471-5566