## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL D VINSICK                                   Case No. 19-24330JAD

                    Debtor(s)
RONDA J. WINNECOUR,                                 Chapter 13
Standing Chapter 13 Trustee,

                    Movant
        vs.                                         Document No __

FIRST FEDERAL BANK OF THE
MIDWEST S/B/M HOME SAVINGS
BANK            Respondents


### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

   NO EXPLANATION FOR THE REFUND HAS BEEN PROVIDED.

FIRST FEDERAL BANK OF THE MIDWEST       Court claim# 21/Trustee CID# 36
S/B/M HOME SAVINGS BANK
275 WEST FEDERAL ST
YOUNGSTOWN, OH 44503


The Movant further certifies that on 02/12/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                        /s/ Ronda J. Winnecour
                                        RONDA J WINNECOUR PA ID #30399
                                        CHAPTER 13 TRUSTEE WD PA
                                        600 GRANT STREET
cc:  debtor(s)                          SUITE 3250 US STEEL TWR
     original creditor                  PITTSBURGH, PA  15219
     putative creditor                  (412) 471-5566
     counsel for debtor(s)              cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):

MICHAEL D VINSICK, 334 1/2
CEYLON RD, CARMICHAELS, PA
15320

ORIGINAL CREDITOR:

FIRST FEDERAL BANK OF THE
MIDWEST S/B/M HOME SAVINGS
BANK, 275 WEST FEDERAL ST,
YOUNGSTOWN, OH  44503

NEW CREDITOR:

DEBTOR'S COUNSEL:

MATTHEW M HERRON ESQ, THE
DEBT DOCTORS LLC, 607 COLLEGE
ST STE 101, PITTSBURGH, PA  15232