# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-24330-JAD |
| | ) | |
| MICHAEL D. VINSICK | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge Jeffery A. Deller |
| | ) | |
| | ) | **Notice of Satisfaction** |
| | ) | **of Proof of Claim No. 21** |
| | ) | |

Now comes Premier Bank f/k/a First Federal Bank of the Midwest, successor by merger to Home Savings Bank ("Premier Bank"), by counsel, Henderson, Covington, Messenger, Newman & Thomas Co., L.P.A., and notifies the Court that Premier Bank's $37,380.89 secured Proof of Claim filed February 13, 2020 and designated as Claim No. 21 has been fully satisfied.

       Respectfully submitted,

       HENDERSON, COVINGTON, MESSENGER,
       NEWMAN & THOMAS CO., L.P.A.

      /s/ Richard J. Thomas
       RICHARD J. THOMAS (Pa. I.D. 0043594)
       6 Federal Plaza Central, Suite 1300
       Youngstown, Ohio  44503
       Telephone: (330) 744-1148
       Fax No.: (330) 744-3807
       rthomas@hendersoncovington.com
       *Attorney for Premier Bank f/k/a First Federal*
       *Bank of the Midwest, successor by merger*
       *to Home Savings Bank*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 20, 2021, a true and correct copy of the foregoing Notice of Satisfaction of Proof of Claim No. 21 was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Ronda J. Winnecour, Trustee: cmecf@chapter13trusteewdpa.com

Matthew M. Herron, Attorney for Debtor: mmh@thedebtdoctors.com

Donna M. Donaher, Attorney for First National Bank of Pennsylvania: donaherd@fnb-corp.com

Keri P. Ebeck, Attorney for WH Midwest, LLC d/b/a Wayne Homes: kebeck@bernsteinlaw.com

Lauren Michaels, Office of Attorney General, Dept. of Revenue: LMichaels@attorneygeneral.gov

Brian Nicholas, Attorney for The Bank of New York Mellon: bnicholas@kmllawgroup.com

David W. Raphael, Attorney for Dollar Bank, FSB: raphaeld@fnb-corp.com

Beth L. Slaby, Attorney for Dollar Bank, FSB: bslaby@grenenbirsic.com

and by regular U.S. mail, postage prepaid, to: NONE

  /s/ Richard J. Thomas
RICHARD J. THOMAS (Pa. I.D. 0043594)
6 Federal Plaza Central, Suite 1300
Youngstown, Ohio  44503
Telephone: (330) 744-1148
Fax No.: (330) 744-3807
rthomas@hendersoncovington.com
*Attorney for Premier Bank f/k/a First Federal Bank of the Midwest, successor by merger to Home Savings Bank*