**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Michael D. Vinsick, | Bankruptcy No.: 19-24330-JAD |
|     Debtor. | Chapter 13 |
| | |
| Michael D. Vinsick, | Document No.: |
|     Movant, | Related to Claim No.: |
| | |
| vs. | |
| | |
| No Respondents. | |

## CERTIFICATE OF SERVICE

I, Matthew M. Herron, Esq., of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 12th day of May 2021

I served a copy of:    **Order and Amended Schedule B&C**

RE:    Michael D. Vinsick                                           Case No. 19-24330-JAD
                                                                                    Chapter 13

ON:    ALL CREDITORS ON THE ATTACHED MAILING MATRIX:

BY:    Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  May 12, 2021                                            /s/ *Matthew M. Herron*
                                                                                Matthew M. Herron, Esq.
                                                                                The Debt Doctors, LLC
                                                                                607 College Street, Suite 101
                                                                                Pittsburgh, PA 15232
                                                                                (412) 395-6001

Case Number:  19-24330-JAD

19-24330-JAD|Dollar Bank, FSB |300 West Tuscarawas Street|Canton, OH 44702-1911||||
19-24330-JAD|First National Bank of Pennsylvania |c/o Donna M. Donaher|100 Federal Street|4th Floor|Pittsburgh, Pa 15212-5708||
19-24330-JAD|Office of Attorney General, Department of Re|Lauren A. Michaels|1251 Waterfront Place|Mezzanine Level|Pittsburgh, PA 15222-4227||
19-24330-JAD|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021||||
19-24330-JAD|The Bank of New York Mellon, successor to Th| |||||undeliverable
19-24330-JAD|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
19-24330-JAD|American Express National Bank |c/o Becket and Lee LLP|PO Box 3001|Malvern  PA 19355-0701| ||
19-24330-JAD|Amex |Correspondence/Bankruptcy|PO Box 981540|El Paso, TX 79998-1540| ||
19-24330-JAD|Capital One |Attn: Bankruptcy|PO Box 30285|Salt Lake City, UT 84130-0285| ||
19-24330-JAD|Capital One Bank (USA), N.A. |by American InfoSource as agent|PO Box 71083|Charlotte, NC  28272-1083|
19-24330-JAD|Credit One Bank |Attn: Bankruptcy Department|PO Box 98873|Las Vegas, NV 89193-8873| ||
19-24330-JAD|Deptartment Store National Bank/Macy's |Attn: Bankruptcy|9111 Duke Boulevard|Mason, OH 45040-8999| ||
19-24330-JAD|Dollar Bank |3 Gateway Center|Pittsburgh, PA 15222| |||
19-24330-JAD|Dollar Bank, FSB |300 W. Tuscarawas Street|Canton, OH 44702-1911| |||
19-24330-JAD|Dollar Bank, FSB |c/o David W. Raphael, Esquire|Grenen & Birsic, PC|One Gateway Center, 9th Floor|Pittsburgh, PA  15222| |
19-24330-JAD|Dollar Bank, FSB |c/o Elizabeth L. Slaby, Esquire|Grenen & Birsic, PC|One Gateway Center, 9th Floor|Pittsburgh, PA  15222| |
19-24330-JAD|First National Bank |Attn: Bankruptcy|4140 East State Street|Hermitage, PA 16148-3401| ||
19-24330-JAD|First National Bank of Pennsylvania |4140 E. State Street|Hermitage, PA 16148-3401| |||
19-24330-JAD|Genesis Bc/Celtic Bank |Attn: Bankruptcy|PO Box 4477|Beaverton, OR 97076-4401| ||
19-24330-JAD|Greene County Treasurer Office |93 E. High St.|Waynesburg, PA 15370-1890| |||
19-24330-JAD|Home Savings |Attention: Legal Department|275 West Federal Streeet|Youngstown, OH 44503-1200| ||
19-24330-JAD|HOME SAVINGS BANK|275 W FEDERAL|YOUNGSTOWN OH 44503-1200||||preferred
19-24330-JAD|INTERNAL REVENUE SERVICE|CENTRALIZED INSOLVENCY OPERATIONS|PO BOX 7346|PHILADELPHIA PA 19101-7346|||preferred
19-24330-JAD|Kelly A. Stepp, Esquire |64 N. Richhill St., Ste 101|Waynesburg, PA 15370-1306| |||
19-24330-JAD|LVNV Funding, LLC |Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| ||
19-24330-JAD|LendingClub |Attn: Bankruptcy|595 Market St, Ste 200|San Francisco, CA 94105-2807| ||
19-24330-JAD|LendingClub Corporation |595 Market St, Suite 200|San Francisco, CA 94105-2807| |||
19-24330-JAD|ML Factors Funding LLC |456A Central Avenue|Cedarhurst, NY 11516-1927| |||
19-24330-JAD|Mr. Cooper |Attn: Bankruptcy|8950 Cypress Waters Blvd|Coppell, TX 75019-4620| ||
19-24330-JAD|Navient |Attn: Bankruptcy|Po Box 9640|Wilkes-Barre, PA 18773-9640| ||
19-24330-JAD|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
19-24330-JAD|PA SCDU |PO Box 69111|Harrisburg, PA 17106-9111| |||
19-24330-JAD|PNC Bank NA |Bankruptcy Department|PO BOX 94982|Cleveland, OH 44101-4982| ||
19-24330-JAD|Pennsylvania Department of Revenue |Bureau of Individual Taxes|PO Box 280431|Harrisburg, PA 17128-0431| ||
19-24330-JAD|Quantum3 Group LLC as agent for |Genesis FS Card Services Inc|PO Box 788|Kirkland, WA  98083-0788| ||
19-24330-JAD|Rebecca Vinsick |228 Nemacolin Road|Carmichaels, PA 15320-1124| |||
19-24330-JAD|S & T Bank |800 Philadelphia|Indiana, PA 15701-3908| |||
19-24330-JAD|SPS |PO Box 65250|Salt Lake City, UT 84165-0250| |||
19-24330-JAD|Seterus, Inc. |Attn: Bankruptcy|PO Box 1077|Hartford, CT 06143-1077| ||
19-24330-JAD|Seterus, Inc. |Attn: Bankruptcy|Po Box 1077|Hartford, CT 06143-1077| ||duplicate
19-24330-JAD|Stepp Law Offices |Kelly A. Stepp, Esq.|64 N. Rich Hill Street|Suite 101|Waynesburg, PA 15370-1306| |
19-24330-JAD|Syncb/JCI Home Design |Attn: Bankruptcy|Po Box 965060|Orlando, FL 32896-5060| ||
19-24330-JAD|Synchrony Bank |c/o of PRA Receivables Management, LLC|PO Box 41021|Norfolk, VA 23541-1021| ||
19-24330-JAD|The Bank of New York Mellon et. al, |c/o Select Portfolio Servicing, Inc.|P.O. Box 65250|Salt Lake City, UT 84165-0250|
19-24330-JAD|Treasurer's Office Greene County |93 East High Street|Waynesburg, PA 15370-1839| |||
19-24330-JAD|David A Colecchia |324 S. Maple Ave.|Greensburg, PA 15601-3219||||
19-24330-JAD|Michael D Vinsick |334  Ceylon Road|Carmichaels, PA 15320-1402||||
19-24330-JAD|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702||