**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Michael D. Vinsick

        Debtors.

The Debt Doctors, LLC,

        Movant,

vs.

No Respondent.

Bankruptcy No.: 19-24330-JAD
Chapter 13

Document No.:

Response Deadline: May 28, 2021
Hearing Date & Time: June 9, 2021 at 10:00 AM

**CERTIFICATE OF NO OBJECTION TO THE**
**SECOND APPLICATION FOR COMPENSATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Second Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Second Application for Compensation appears thereon. Pursuant to the Notice of Hearing, responses to the Second Application for Compensation were to be filed and served no later than June 1, 2021.

It is hereby respectfully requested that the Order attached to the Second Application for Compensation be entered by the Court.

Date: June 2, 2021

/s/ Matthew M. Herron
Matthew M. Herron, Esquire
PA ID No. 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTOR