IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael D. Vinsick

    Debtors.

The Debt Doctors, LLC,
    Movant,
vs.

No Respondent.

Bankruptcy No.: 19-24330-JAD
Chapter 13

Document No.:

Related to Doc. #119

**DEFAULT O/E JAD**

## ORDER OF COURT

AND NOW, this __22nd__ day of __September__, 2021, the Third Application of The Debt Doctors, LLC as counsel for the Debtor, for Interim Compensation and Reimbursement of Expenses is approved in the additional amount of $3,148.37 for services rendered on behalf of the Debtor for the period between May 12, 2021 through August 27, 2021, which represents $3,124.00 in attorneys' fees and $24.37 in costs.

IT IS FURTHER ORDERED, of the total fee award, the Debtor has previously paid $4,000.00 to counsel as a "no-look" fee and $13,388.05 through two previous Applications for Interim Compensation. Accordingly, the Chapter 13 Trustee shall only pay an additional $3,148.37 ($3,124.00 in attorneys' fees and $24.37 in costs) to Counsel through the Debtor's Plan.

FILED
9/22/21 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael D Vinsick  
    Debtor

Case No. 19-24330-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 2  
Date Rcvd: Sep 22, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D Vinsick, 334 Ceylon Road, Carmichaels, PA 15320-1402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

**Name**      **Email Address**

Beth L. Slaby  
     on behalf of Creditor Dollar Bank FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

Brian Nicholas  
     on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com

David W. Raphael  
     on behalf of Creditor Dollar Bank FSB raphaeld@fnb-corp.com

Donna M. Donaher  
     on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Keri P. Ebeck  
     on behalf of Creditor WH Midwest LLC d/b/a Wayne Homes kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Lauren Michaels

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 2 of 2 |
| Date Rcvd: Sep 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard J. Thomas
    on behalf of Creditor Premier Bank fka First Federal Bank of the Midwest  s/b/m to Home Savings Bank
    rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11