## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-24330-JAD |
| | ) | |
| Michael D. Vinsick, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | HEARING DATE & TIME:  November 10, 2021 @ 10:00 a.m. |
| | ) | |
| Dollar Bank, FSB, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael D. Vinsick, Debtor; Rebecca Vinsick, Co-Debtor; and Ronda J. Winnecour, Trustee; | ) | |
| | ) | |
| Respondents. | ) | |

### CONSENT TO CONTINUANCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(e) PENDING FINAL HEARING

Dollar Bank, FSB, by its undersigned counsel, consents to the extension of the automatic stay pursuant to 11 U.S.C. § 362(e) pending a final hearing on the motion for relief, and waives any right to declare a grant of relief in the event that the hearing is not held within thirty (30) days of the request for relief.

GRENEN & BIRSIC, P.C.

Date:  ___10/11/21_____          By:  ___/s/ Elizabeth L. Slaby_____
Elizabeth L. Slaby, Esquire
PA ID No. 209503
Attorney for Dollar Bank, FSB
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
412-281-7650
Fax:  412-281-7657
E-mail:  bslaby@grenenbirsic.com