# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL D. VINSICK,<br><br>       Debtor,<br><br><br>WH MIDWEST, LLC D/B/A WAYNE HOMES;<br>MICHAEL D. VINSICK<br><br>       Movants<br>  v.<br><br>PREMIERE BANK SUCCESSOR TO HOME<br>SAVINGS BANK and<br>RONDA J. WINNECOUR, Trustee,<br><br>       Respondents. | Bankruptcy No. 19-24330-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 101 |

### CERTIFICATE OF SERVICE OF JOIINT MOTION TO COMPEL PREMIERE BANK SUCCESSOR TO HOME SAVINGS BANK TO RELEASE FUNDS AND NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 15, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| Michael D Vinsick<br>334 Ceylon Road<br>Carmichaels, PA 15320 | Matthew M. Herron<br>The Debt Doctors, LLC<br>d/b/a Herron Business Law<br>607 College Street, Suite 101<br>Pittsburgh, PA 15232 |

| | |
|---|---|
| Jerry M. Bryan<br>Henderson, Covington, Messenger,<br>Newman & Thomas Co., LPA<br>6 Federal Plaza Central, Suite 1300<br>Youngstown, Ohio 44503<br>Attorney for Premiere Bank | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | |
| Executed by: October 15, 2021 | Respectfully submitted,<br><br>BERNSTEIN-BURKLEY, P.C.<br><br>By: /s/*Keri P. Ebeck*<br>Keri P. Ebeck, Esq.<br>PA I.D. # 91298<br>kebeck@bernsteinlaw.com<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>Phone - (412) 456-8112<br>Fax - (412) 456-8135<br><br>*Attorney for WH Midwest, LLC* |