# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL D. VINSICK,<br><br>　　　　Debtor,<br><br><br>WH MIDWEST, LLC D/B/A WAYNE HOMES;<br>MICHAEL D. VINSICK<br><br>　　　　Movants<br>　　v.<br><br>PREMIERE BANK SUCCESSOR TO HOME<br>SAVINGS BANK and<br>RONDA J. WINNECOUR, Trustee,<br><br>　　　　Respondents. | Bankruptcy No. 19-24330-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 128 |

CERTIFICATE OF SERVICE OF THE MOTION TO WITHDRAW JOIINT MOTION TO COMPEL PREMIERE BANK SUCCESSOR TO HOME SAVINGS BANK TO RELEASE FUNDS

　　　　I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 2, 2021.

　　　　The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail, electronic notification.

　　　　If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

Michael D Vinsick
334 Ceylon Road
Carmichaels, PA 15320

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

SERVICE BY ELECTRONIC MAIL

Matthew M. Herron
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Executed by: November 2, 2021

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for WH Midwest, LLC d/b/a Wayne Homes*