**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 19-24330-JAD |
| ) | |
| Michael D. Vinsick, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | RELATED TO DOCKET NO. 138 |
| ) | |
| Dollar Bank, FSB, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Michael D. Vinsick, Debtor; Rebecca ) | |
| Vinsick, Co-Debtor; and Ronda J. ) | |
| Winnecour, Trustee; ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING RELIEF FROM THE
AUTOMATIC STAY AND CO-DEBTOR STAY**

    I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on __November 15__, 20 __21__.

    The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
Michael D. Vinsick
334 Ceylon Road
Carmichaels, PA  15320

Rebecca Vinsick
228 Nemacolin Road
Carmichaels, PA  15320

**SERVICE BY ELECTRONIC NOTIFICATION**
Matthew M. Herron, Esquire
The Debt Doctors, LLC
d/b/a Herron Business Law
607 College Street, Suite 101
Pittsburgh, PA  15232
E-mail:  mmh@thedebtdoctors.com

Kelly Stepp, Esquire
Stepp Law Offices
64 N. Richhill Street
Weynesburg, PA  15370
E-mail:  stepplaw@windstream.net

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
E-mail:  cmecf@chapter13trusteewdpa.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov


Dated:   11/15/21                    By:     /s/ Elizabeth L. Slaby
                                             Elizabeth L. Slaby, Esquire
                                             PA ID No. 209503
                                             Attorney for Dollar Bank, FSB
                                             One Gateway Center, 9th Floor
                                             Pittsburgh, PA  15222
                                             412-281-7650
                                             Fax:  412-281-7657
                                             E-mail:  bslaby@grenenbirsic.com