**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/16/2021

IN RE:

MICHAEL D VINSICK
334 1/2 CEYLON RD
CARMICHAELS, PA 15320
XXX-XX-6407         Debtor(s)

Case No. 19-24330 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/16/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9406 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br>PITTSBURGH, PA  15230 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*BGN 12/19*CL=95767.43 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 4652 |
| **PERITUS PORTFOLIO SERVICES***<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*577.70x(60+2)=LMT*$0 ARRS/PL-CL*FR FNB-DOC 77 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4297 |
| **FIRST FEDERAL BANK OF THE MIDWEST S/B/M**<br>275 WEST FEDERAL ST<br>YOUNGSTOWN, OH  44503 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL*1692.15x(60+2)=LMT*LATE*DTR CL*1ST*BGN 12/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3222 |
| **FIRST FEDERAL BANK OF THE MIDWEST S/B/M**<br>275 WEST FEDERAL ST<br>YOUNGSTOWN, OH  44503 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 2,446.22<br>COMMENT: PMT/PL-CL*201.69x(60+2)=LMT*2ND*DTR CL*BGN 12/19*LATE*DKT*PIF/CRED~SATI | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4009 |
| **BANK OF NEW YORK MELLON - TRUSTEE ET AL**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>ATTN: REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 14-2<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*658.38x(60+2)=LMT*BGN 11/19*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2544 |
| **GREENE COUNTY TAX CLAIM BUREAU**<br>93 E HIGH ST<br>WAYNESBURG, PA  15370 | Trustee Claim Number: 8   INT %: 9.00%<br>Court Claim Number: 17<br>CLAIM: 93.01<br>COMMENT: 5-0086848;19*CL17GOV@10%/CNF~PAY TCB/CRED*% BGN 1/20*$/CL-PL@9%/PL@ | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6848 |
| **GREENE COUNTY TAX CLAIM BUREAU**<br>93 E HIGH ST<br>WAYNESBURG, PA  15370 | Trustee Claim Number: 9   INT %: 9.00%<br>Court Claim Number: 18<br>CLAIM: 354.77<br>COMMENT: 5-0004635;19*CL18GOV@10%/CNF~PAY TCB/CRED*% BGN 1/20*$/CL-PL@9%/PL@ | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4635 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 10,093.14<br>COMMENT: $/CL-PL*17-18/CL-PL*TIMELY | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6407 |

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PA SCDU\*** <br> PO BOX 69110 <br> HARRISBURG, PA 17106-9110 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PD @ CID 21*NT PROV/PL*NO$~ND DSO INFO/SCH~SEE CID 21 | | CRED DESC: SUPPORT/ALIMONY CONT. <br> ACCOUNT NO.: 6407 |
| **PA DEPARTMENT OF REVENUE\*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 22,190.73 <br> COMMENT: 6407/82835505/CO99999/82835505*$/CL-PL*18/SCH-PL | | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6407 |
| **AMERICAN EXPRESS NATIONAL BANK** <br> C/O BECKET AND LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355-0701 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 9,347.07 <br> COMMENT: 1823/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2001 |
| **AMERICAN EXPRESS NATIONAL BANK** <br> C/O BECKET AND LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355-0701 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 2,160.81 <br> COMMENT: 5293/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1002 |
| **CAPITAL ONE\*\*** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6280 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 3,306.66 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8821 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 452.39 <br> COMMENT: CREDIT ONE | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0944 |
| **QUANTUM3 GROUP LLC - AGENT FOR GENESIS** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 370.75 <br> COMMENT: CELTIC/INDIGO | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7893 |
| **LENDING CLUB CORP** <br> DEPT 34268 <br> PO BOX 39000 <br> SAN FRANCISCO, CA 94139 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 19 <br> CLAIM: 25,088.27 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8533 |
| **ML FACTORS FUNDING LLC** <br> 456A CENTRAL AVE <br> CEDARHURST, NY 11516 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LAWSUIT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **REBECCA VINSICK**<br>228 NEMACOLIN RD<br>CARMICHAELS, PA 15320 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:13-2 | CRED DESC: SUPPORT/ALIMONY ARR.<br>ACCOUNT NO.: | CLAIM: 1,719.00<br>COMMENT: $/CL-PL*SCH@PA SCDU*ALSO LISTED/SCH H*AMD/PACER |
| **SETERUS INC\*++**<br>PO BOX 1047<br>HARTFORD, CT 06143-1047 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8799 | CLAIM: 0.00<br>COMMENT: NO$~RE MORT~NTC ONLY/SCH |
| **KELLY A STEPP ESQ**<br>64 N RICHHILL ST STE 101<br>WAYNESBURG, PA 15370 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 500.00<br>COMMENT: NO$/SCH |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6770 | CLAIM: 0.00<br>COMMENT: NO$~NT ADR~JCI HOME DESIGN/SCH |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6407 | CLAIM: 6,084.09<br>COMMENT: 6407/82835505/CO99999/82835505*NO GEN UNS/SCH |
| **DOLLAR BANK FSB\*\***<br>ATTN BANKRUPTCY DEPT<br>PO BOX 8469<br>CANTON, OH 44711 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:2 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4652 | CLAIM: 0.00<br>COMMENT: SURR/PL*THRU 11/19*CL=894.45 |
| **FIRST FEDERAL BANK OF THE MIDWEST S/B/M**<br>275 WEST FEDERAL ST<br>YOUNGSTOWN, OH 44503 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3222 | CLAIM: 5,245.67<br>COMMENT: $/CL-PL*1ST*LATE DTR CL*THRU 11/19 |
| **BANK OF NEW YORK MELLON - TRUSTEE ET AL**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>ATTN: REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:14-2 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2544 | CLAIM: 1,850.93<br>COMMENT: $/CL-PL*THRU 10/19*AMD |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1005 | CLAIM: 8,441.36<br>COMMENT: NT/SCH |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9121 | CLAIM: 26,202.18<br>COMMENT: NT/SCH*NCB |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **STEPP LAW OFFICES**<br>64 N RICH HILL ST STE 101<br><br>WAYNESBURG, PA  15370 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: REBECCA VINSICK | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **REBECCA VINSICK**<br>228 NEMACOLIN RD<br><br>CARMICHAELS, PA  15320 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 12,010.50<br>COMMENT: NO $/SCH*ALSO/SCH H | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: FEES |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 15<br><br>CLAIM: 1,527.59<br>COMMENT: NO GEN UNS/SCH*TIMELY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6407 |
| **DONNA M DONAHER ESQ**<br>FIRST NATIONAL BANK OF PA<br>100 FEDERAL ST 4TH FL<br>MAIL CODE NSHO/FIRST FLOOR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /PRAE FNB | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 16<br><br>CLAIM: 77,277.29<br>COMMENT: NUM NT/SCH*LOAN BGN 8/2/18 | | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 0615 |
| **FIRST FEDERAL BANK OF THE MIDWEST S/B/M**<br>275 WEST FEDERAL ST<br><br>YOUNGSTOWN, OH  44503 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 21<br><br>CLAIM: 0.00<br>COMMENT: 625.23/CL-PL*THRU 11/19*DTR CLM*LATE*PIF/CRED~SATISF-DOC 96 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4009 |
| **WH MIDWEST LLC DBA WAYNE HOMES**<br>C/O BERNSTEIN BURKLEY PC<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 22-2<br><br>CLAIM: 51,964.63<br>COMMENT: 67472.28/CL*LATE~TIMELY/OE*MECHANICS LIEN @ 6%*$/STIP OE*$/OE DOC 101 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2677 |
| **GREENE COUNTY TAX CLAIM BUREAU**<br>93 E HIGH ST<br><br>WAYNESBURG, PA  15370 | Trustee Claim Number: 38  INT %: 9.00%<br>Court Claim Number:<br><br>CLAIM: 2,299.80<br>COMMENT: 5-004635/05-03-400*20*PAY/CONF@9%*$/PL@10%/PL*% BGN 5/21 | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4635 |
| **FAYETTE COUNTY TAX CLAIM BUR**<br>COURT HOUSE<br>61 E MAIN ST<br>UNIONTOWN, PA  15401 | Trustee Claim Number: 39  INT %: 9.00%<br>Court Claim Number: 23<br><br>CLAIM: 1,809.84<br>COMMENT: 27150040*PAY/STIP MDF-PL OE*NT/SCH-PL*NO %+NO ATCHMNTS W/CL~STAT ISS | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0040 |