# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-24330-JAD |
| | ) | |
| MICHAEL D. VINSICK | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge Jeffery A. Deller |
| | ) | |
| | ) | **Notice of Withdrawal of** |
| | ) | ***Amended* Proof of Claim No. 20-2** |

Now comes Premier Bank f/k/a First Federal Bank of the Midwest, successor by merger to Home Savings Bank, by counsel, and withdraws its $352,532.67 secured *Amended* Proof of Claim filed February 1, 2022 and designated as Claim No. 20-2.

Respectfully submitted,

HENDERSON, COVINGTON, MESSENGER,
NEWMAN & THOMAS CO., L.P.A.


 /s/ Richard J. Thomas
RICHARD J. THOMAS (Pa. I.D. 0043594)
6 Federal Plaza Central, Suite 1300
Youngstown, Ohio  44503
Telephone: (330) 744-1148
Fax No.: (330) 744-3807
rthomas@hendersoncovington.com
*Attorney for Premier Bank f/k/a First Federal*
*Bank of the Midwest, successor by merger*
*to Home Savings Bank*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2022, a true and correct copy of the foregoing Notice of Withdrawal of *Amended* Proof of Claim No. 20-2 was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Ronda J. Winnecour, Trustee: cmecf@chapter13trusteewdpa.com

Office of the United States Trustee: ustpregion03.pi.ecf@usdoj.gov

Matthew M. Herron, Attorney for Debtor: mmh@thedebtdoctors.com

Donna M. Donaher, Attorney for First National Bank of Pennsylvania: donaherd@fnb-corp.com

Keri P. Ebeck, Attorney for WH Midwest, LLC d/b/a Wayne Homes: kebeck@bernsteinlaw.com

Lauren Michaels, Office of Attorney General, Dept. of Revenue: LMichaels@attorneygeneral.gov

Brian Nicholas, Attorney for The Bank of New York Mellon: bnicholas@kmllawgroup.com

David W. Raphael, Attorney for Dollar Bank, FSB: raphaeld@fnb-corp.com

Beth L. Slaby, Attorney for Dollar Bank, FSB: bslaby@grenenbirsic.com

and by regular U.S. mail, postage prepaid, to: NONE

    /s/ Richard J. Thomas
RICHARD J. THOMAS (Pa. I.D. 0043594)
6 Federal Plaza Central, Suite 1300
Youngstown, Ohio  44503
Telephone: (330) 744-1148
Fax No.: (330) 744-3807
rthomas@hendersoncovington.com
*Attorney for Premier Bank f/k/a First Federal Bank of the Midwest, successor by merger to Home Savings Bank*