IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael D. Vinsick

        Debtors.

The Debt Doctors, LLC,
        Movant,
  vs.

No Respondent.

Bankruptcy No.:  19-24330-JAD
Chapter 13

Document No.:

Response Deadline: April 14, 2022
Hearing Date & Time: April 27, 2022 at 10:00 AM

## CERTIFICATE OF NO OBJECTION TO THE
## FOURTH APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Fourth Application for Compensation has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Fourth Application for Compensation appears thereon.  Pursuant to the Notice of Hearing, responses to the Fourth Application for Compensation were to be filed and served no later than April 14, 2022.

It is hereby respectfully requested that the Order attached to the Fourth Application for Compensation be entered by the Court.

Date:   April 18, 2022

    /s/ Matthew M. Herron
Matthew M. Herron, Esquire
PA ID No. 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTOR