# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael D. Vinsick,　　　　　　　　　　　)　　Bankruptcy No.: 19-24330-JAD
　　　　　　　　　　　　　　　　　　　　　)　　Chapter 13
　　　　　　Debtor.　　　　　　　　　　　)
_____)　　Document No.:
Michael D. Vinsick,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　Response Deadline: 05/13/2022
　　　　　Movant,　　　　　　　　　　　　)　　Hearing Date/Time: 05/25/2022
　　　　　　　　　　　　　　　　　　　　　)　　at 10:00 AM
　　　v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
No Respondents.　　　　　　　　　　　　　)

## CERTIFICATE OF NO OBJECTION TO THE
## APPLICATION TO EMPLOY REALTOR/BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Realtor/Broker has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Realtor/Broker appears thereon. Pursuant to the Notice of Hearing, responses to the Application to Employ Realtor/Broker were to be filed and served no later than May 13, 2022.

It is hereby respectfully requested that the Order attached to the Application to Employ Realtor/Broker be entered by the Court.

Date:　May 16, 2022　　　　　　　　　　　　　　　　　　　　__/s/ Matthew M. Herron_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Matthew M. Herron, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PA ID No. 88927
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Debt Doctors, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　607 College Street, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15232
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　412-395-6001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　mmh@thedebtdoctors.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR THE DEBTOR