# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael D. Vinsick,

    Debtor.

_____

Michael D. Vinsick,

    Movant,

  v.

No Respondents.

Bankruptcy No.: 19-24330-JAD
Chapter 13

Document No.:

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 20th day of May 2022

**I served a copy of:**     **ORDER GRANTING APPLICATION TO EMPLOY REALTOR/BROKER**

RE:    Michael D. Vinsick    Case No.: 19-24330-JAD
    Chapter 13

ON:    John Kubicar
    Century 21 Frontier Realty
    680 Jefferson Avenue
    Washington, PA 15301
    *c21kub@yahoo.com

| US Trustee | Ronda J. Winnecour |
| --- | --- |
| 970 Liberty Center | Suite 3250, USX Tower |
| 1001 Liberty Avenue | 600 Grant Street |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |
| *ustpregion03.pi.ecf@usdoj.gov | *cmecf@chapter13trusteewdpa.com |

BY:    *Electronic Notice

I certify under penalty of perjury that the foregoing is true and correct.

Date:   May 20, 2022                              /s/ *Heather Seitz*_____
                                                                       Heather Seitz
                                                                       The Debt Doctors, LLC
                                                                       607 College Street, Suite 101
                                                                       Pittsburgh, PA 15232
                                                                       (412) 395-6001