# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-24330-JAD |
| | ) | |
| MICHAEL D. VINSICK | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge Jeffery A. Deller |
| | ) | |
| | ) | |

## STIPULATION AND ORDER OF COURT

The Debtor, secured creditor Premier Bank, and Ronda J. Winnecour, Chapter 13 Trustee, by and through their respective counsel, stipulate to the following with respect to Premier Bank's Claim No. 20-1:

Premier Bank filed its secured (Claim No. 20-1) on February 13, 2020.

2. Pursuant to the Order entered May 4, 2021 (Doc. No. 101), Premier Bank advanced additional funds for the Debtor's benefit, which advances were secured by an Open End Mortgage.

3. On March 11, 2022, Premier Bank filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges to reflect the additional principal on the debt resulting from the advances authorized by the Court's Order of May 4, 2021.

4. The claim of Premier Bank (Claim No. 20-1), as supplemented by the additional principal reflected in the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed March 11, 2022, shall be paid as a Long-Term Continuing Debt under the terms of Debtor's confirmed plan as a standard residential mortgage claim.

5. The supplemental amount of Claim 20-1, $37,571.00, reflected in the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed March 11, 2022, shall not be paid in full as a separate claim under the Debtor's Chapter 13 plan, and the Chapter 13 Trustee shall close CID Number 41.

_____  _____
Date                           Judge Jeffery A. Deller

Stipulated to:

/s/ Matthew M. Herron
Matthew M. Herron
Attorney for Debtor Michael D. Vinsick


/s/ Richard J. Thomas
Richard J. Thomas
Attorney for Premier Bank


/s/ James C. Warmbrodt
Ronda J. Winnecour
Chapter 13 Trustee
By James C. Warmbrodt
Attorney for Chapter 13 Trustee