# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No.: 19-24330-JAD** |
| **Michael D. Vinsick,** | ) | **Chapter 13** |
| | ) | |
| Debtor. | ) | Related to Docs. #107, 115 and 161 |
| | ) | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:   The Debtor to implement Notice(s) of Mortgage Payment Change and to cure plan arrears. _____

- ☐ a motion to lift stay
  as to creditor   _____

- ☐ other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☐ Chapter 13 Plan dated _____
    ☒ Amended Chapter 13 Plan dated May 28, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒   Debtor's plan payments shall be changed from $5,285.00 to $5,340.00 per month, effective 08/2023; and/or the Plan term shall be changed from ___ months to ___ months.                 .

{W0578279.1 }        -1-

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: <u>The Bank of New York Mellon (Claim #14) to govern, following all Notices of Mortgage Payment Changes filed to date, including the one filed on June 27, 2023. In accordance with the most recent payment change, the Creditor will begin receiving monthly payments totaling $813.07 effective August 26, 2023.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ___13th___ day of ___July_____, 2023

_____sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                                              Stipulated by:

_/s/*Matthew M. Herron*____                    _/s/*James Warmbrodt*_____
Counsel to Debtor                                      Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

FILED
7/13/23 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{W0578279.1 }        -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael D Vinsick  
    Debtor

Case No. 19-24330-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jul 13, 2023      Form ID: pdf900      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D Vinsick, 334 Ceylon Road, Carmichaels, PA 15320-1402 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| sp | + | David A Colecchia, 324 S. Maple Ave., Greensburg, PA 15601-3219 |
| cr | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| r | + | John Kubicar, Century 21 Frontier Realty, 680 Jefferson Avenue, Washington, PA 15301-4119 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Premier Bank fka First Federal Bank of the Midwest, 275 W. Federal Street, Youngtown, OH 44503-1200 |
| 15152105 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15210147 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15172114 | + | Dollar Bank, FSB, 300 W. Tuscarawas Street, Canton, OH 44702-1911 |
| 15172115 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15399950 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15184996 | + | Greene County Treasurer Office, 93 E. High St., Waynesburg, PA 15370-1890 |
| 15152108 | + | Home Savings, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15166561 | + | Home Savings Bank, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15183588 | + | Kelly A. Stepp, Esquire, 64 N. Richhill St., Ste 101, Waynesburg, PA 15370-1306 |
| 15166564 | + | ML Factors Funding LLC, 456A Central Avenue, Cedarhurst, NY 11516-1927 |
| 15166565 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 15166566 | | Pennsylvania Department of Revenue, Bureau of Individual Taxes, PO Box 280431, Harrisburg, PA 17128-0431 |
| 15365657 | + | Premier Bank f/k/a First Federal Bank of the Midwe, 275 W. Federal Street, Youngstown, Ohio 44503-1200 |
| 15152113 | + | S & T Bank, 800 Philadelphia, Indiana, PA 15701-3908 |
| 15152114 | + | Seterus, Inc., Attn: Bankruptcy, Po Box 1077, Hartford, CT 06143-1077 |
| 15152115 | + | Stepp Law Offices, Kelly A. Stepp, Esq., 64 N. Rich Hill Street, Suite 101, Waynesburg, PA 15370-1306 |
| 15166572 | + | Treasurer's Office Greene County, 93 East High Street, Waynesburg, PA 15370-1839 |
| 15287371 | + | WH Midwest, LLC, 3777 Boettler Oaks Drive, Uniontown, OH 44685-7733 |
| 15287372 | #+ | WH Midwest, LLC, c/o Jamie M. Haren, Esq., 6370 Mt. Pleasant Street NW, North Canton, OH 44720-5310 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 14 2023 00:09:00 | First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, Pa 15212-5708 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 14 2023 00:12:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15172702 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 00:25:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15152101 | + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 00:25:44 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15152102 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2023 00:12:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15169004 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2023 00:25:44 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15152103 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2023 00:12:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15152104 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2023 00:25:49 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15152106 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 14 2023 00:09:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15180449 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 14 2023 00:09:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15152107 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 14 2023 00:09:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15166562 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2023 00:09:00 | Internal Revenue Service, Centralized Insolvency Unit, PO Box 21126, Philadelphia, PA 19114-0326 |
| 15181120 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 00:12:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166563 | + | Email/Text: Documentfiling@lciinc.com | Jul 14 2023 00:08:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15152109 | + | Email/Text: Documentfiling@lciinc.com | Jul 14 2023 00:08:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15152110 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 14 2023 00:09:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15152111 | + | Email/PDF: pa_dc_claims@navient.com | Jul 14 2023 00:12:19 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15318984 | | Email/Text: peritus@ebn.phinsolutions.com | Jul 14 2023 00:09:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15181135 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2023 00:08:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15177804 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2023 00:09:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15166569 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2023 00:09:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15152116 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2023 00:12:14 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15152788 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2023 00:12:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15183603 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2023 00:09:00 | The Bank of New York Mellon et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15307674 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 14 2023 00:09:00 | WH Midwest, LLC d/b/a Wayne Homes, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |

TOTAL: 25

Case 19-24330-JAD   Doc 163   Filed 07/15/23   Entered 07/16/23 00:25:35   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf900 | Total Noticed: 51 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | | WH Midwest, LLC d/b/a Wayne Homes |
| 15450439 | | Premier Bank fka First Federal Bank of the Midwest |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15175459 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15178154 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15166555 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15166556 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15166557 | *+ | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15166558 | * | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15166559 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15166560 | *+ | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15287370 | *+ | Home Savings Bank, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15183589 | *+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15166567 | *+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15166568 | *+ | Seterus, Inc., Attn: Bankruptcy, PO Box 1077, Hartford, CT 06143-1077 |
| 15166570 | *+ | Stepp Law Offices, Kelly A. Stepp, Esq., 64 N. Rich Hill Street, Suite 101, Waynesburg, PA 15370-1306 |
| 15166571 | *+ | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15152112 | ##+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |

TOTAL: 3 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023                              Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf900 | Total Noticed: 51 |

    on behalf of Creditor WH Midwest  LLC d/b/a Wayne Homes kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard J. Thomas
    on behalf of Creditor Premier Bank fka First Federal Bank of the Midwest  s/b/m to Home Savings Bank rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 12