Certificate Number: 20611-PAW-DE-038847663

Bankruptcy Case Number: 19-24330



20611-PAW-DE-038847663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2024, at 10:06 o'clock AM EDT, Michael D Vinsick completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 9, 2024         By:    /s/Kathleen B Mills

                                  Name:  Kathleen B Mills

                                  Title: TEN Financial Educator