**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL D VINSICK | Case No. 19-24330JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>REBECCA VINSICK | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL HAS BEEN RETURNED AS UNDELIVERABLE. CREDITOR HAS BEEN ASKED, VIA TELEPHONE CALL FROM TRUSTEE'S STAFF, TO FILE A CHANGE OF ADDRESS WITH THE COURT.

| | |
|---|---|
| REBECCA VINSICK<br>228 NEMACOLIN RD<br>CARMICHAELS, PA 15320 | Court claim# 12/Trustee CID# 32 |

The Movant further certifies that on 01/13/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>MICHAEL D VINSICK, 334 1/2 CEYLON RD<br>CARMICHAELS, PA  15320 | ORIGINAL CREDITOR:<br>REBECCA VINSICK, 228 NEMACOLIN RD,<br>CARMICHAELS, PA  15320 |
| ORIGINAL CREDITOR'S COUNSEL:<br>KELLY A STEPP ESQ, 64 N RICHHILL ST<br>STE 101, WAYNESBURG, PA  15370 | DEBTOR'S COUNSEL:<br>MATTHEW M HERRON ESQ, THE DEBT<br>DOCTORS LLC, 607 COLLEGE ST STE 101,<br>PITTSBURGH, PA  15232 |
| NEW CREDITOR: | |