IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Michael D. Vinsick | ) Case No. 19-24330-JAD<br>) Chapter 13<br>) |
| Debtor(s) | ) |
| Ronda J. Winnecour, Chapter 13 Trustee<br>Movant(s) | )<br>) Related to Docs. #167 and 174 |
| vs. | ) |
| Michael D. Vinsick | ) |
| Respondent(s) | ) |

WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on November 19, 2024 (document #167) is hereby WITHDRAWN. The hearing scheduled for February 18, 2025 is cancelled.

Respectfully submitted,

2/12/2025

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED.

2/12/2025 _____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
2/12/25 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24330-JAD |
| Michael D Vinsick | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 12, 2025 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D Vinsick, 334 Ceylon Road, Carmichaels, PA 15320-1402 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| sp | + | David A Colecchia, 324 S. Maple Ave., Greensburg, PA 15601-3219 |
| r | + | John Kubicar, Century 21 Frontier Realty, 680 Jefferson Avenue, Washington, PA 15301-4119 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Premier Bank fka First Federal Bank of the Midwest, 275 W. Federal Street, Youngtown, OH 44503-1200 |
| 15152105 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15172115 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15210147 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15399950 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15184996 | + | Greene County Treasurer Office, 93 E. High St., Waynesburg, PA 15370-1890 |
| 15152108 | + | Home Savings, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15166561 | + | Home Savings Bank, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15183588 | + | Kelly A. Stepp, Esquire, 64 N. Richhill St., Ste 101, Waynesburg, PA 15370-1306 |
| 15166564 | + | ML Factors Funding LLC, 456A Central Avenue, Cedarhurst, NY 11516-1927 |
| 15166565 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 15166566 | | Pennsylvania Department of Revenue, Bureau of Individual Taxes, PO Box 280431, Harrisburg, PA 17128-0431 |
| 15365657 | + | Premier Bank f/k/a First Federal Bank of the Midwe, 275 W. Federal Street, Youngstown, Ohio 44503-1200 |
| 15152113 | + | S & T Bank, 800 Philadelphia, Indiana, PA 15701-3908 |
| 15152114 | + | Seterus, Inc., Attn: Bankruptcy, Po Box 1077, Hartford, CT 06143-1077 |
| 15152115 | + | Stepp Law Offices, Kelly A. Stepp, Esq., 64 N. Rich Hill Street, Suite 101, Waynesburg, PA 15370-1306 |
| 15166572 | + | Treasurer's Office Greene County, 93 East High Street, Waynesburg, PA 15370-1839 |
| 15287371 | + | WH Midwest, LLC, 3777 Boettler Oaks Drive, Uniontown, OH 44685-7733 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Feb 12 2025 23:41:08 | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 12 2025 23:48:00 | First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, Pa 15212-5708 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2025 00:23:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15172702 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2025 00:06:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15152101 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2025 00:06:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |

Case 19-24330-JAD   Doc 176   Filed 02/14/25   Entered 02/15/25 00:26:44   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 12, 2025 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15152102 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 00:07:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15169004 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 00:06:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15152103 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 13 2025 00:05:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15152104 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 00:08:01 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172114 | ^ | MEBN | Feb 12 2025 23:41:07 | Dollar Bank, FSB, 300 W. Tuscarawas Street, Canton, OH 44702-1911 |
| 15152106 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 12 2025 23:48:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15180449 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 12 2025 23:48:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15152107 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 12 2025 23:49:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15166562 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2025 23:48:00 | Internal Revenue Service, Centralized Insolvency Unit, PO Box 21126, Philadelphia, PA 19114-0326 |
| 15181120 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2025 00:23:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166563 | + | Email/Text: Documentfiling@lciinc.com | Feb 12 2025 23:47:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15152109 | + | Email/Text: Documentfiling@lciinc.com | Feb 12 2025 23:47:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15152110 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 23:48:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15152111 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 13 2025 00:22:22 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15318984 | | Email/Text: peritus@ebn.phinsolutions.com | Feb 12 2025 23:49:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15181135 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 12 2025 23:47:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15177804 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2025 23:48:56 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15166569 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 12 2025 23:49:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15152116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 00:05:58 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15152788 | ^ | MEBN | Feb 12 2025 23:41:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15183603 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 12 2025 23:49:00 | The Bank of New York Mellon et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15307674 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 12 2025 23:49:00 | WH Midwest, LLC d/b/a Wayne Homes, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | | WH Midwest, LLC d/b/a Wayne Homes |
| 15450439 | | Premier Bank fka First Federal Bank of the Midwest |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15175459 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15178154 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15166555 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15166556 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15166557 | *+ | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15166558 | * | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15166559 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15166560 | *+ | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15287370 | *+ | Home Savings Bank, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15183589 | *+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15166567 | *+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15166568 | *+ | Seterus, Inc., Attn: Bankruptcy, PO Box 1077, Hartford, CT 06143-1077 |
| 15166570 | *+ | Stepp Law Offices, Kelly A. Stepp, Esq., 64 N. Rich Hill Street, Suite 101, Waynesburg, PA 15370-1306 |
| 15166571 | *+ | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15152112 | ##+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15287372 | ##+ | WH Midwest, LLC, c/o Jamie M. Haren, Esq., 6370 Mt. Pleasant Street NW, North Canton, OH 44720-5310 |

TOTAL: 3 Undeliverable, 15 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2025                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:

**Name**            **Email Address**

David W. Raphael
                    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Denise Carlon
                    on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com

Donna M. Donaher
                    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Elizabeth L. Slaby
                    on behalf of Creditor Dollar Bank  FSB bslaby@lenderlaw.com

Keri P. Ebeck
                    on behalf of Creditor WH Midwest  LLC d/b/a Wayne Homes kebeck@bernsteinlaw.com,
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Feb 12, 2025 | Form ID: pdf900 | Total Noticed: 50

Lauren Michaels
　　on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Matthew M. Herron
　　on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
　　on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michelle L. McGowan
　　on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif mimcgowan@raslg.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Richard J. Thomas
　　on behalf of Creditor Premier Bank fka First Federal Bank of the Midwest  s/b/m to Home Savings Bank rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

TOTAL: 12