# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-24330-JAD |
|    Michael D. Vinsick, | : | |
|       Debtor. | : | |
| | : | Chapter 13 |
|    Michael D. Vinsick, | : | |
|       Movant | : | |
| | : | |
|    v. | : | |
| | : | |
| No Respondents. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is required to pay Domestic Support Obligations, and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 9, 2024, at docket number 166, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by the Debtor who carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

                                                                                   */s/ Mike Vinsick*
                                                                                    Michael D. Vinsick
                                                                                    Debtor

                                                                                   RESPECTFULLY SUBMITTED,
                                                                                  THE DEBT DOCTORS, LLC

                                                        By:    /s/*Matthew M. Herron*
                                                                      Matthew M. Herron
                                                                    607 College Avenue, Suite 101
                                                                    Pittsburgh, PA 15232
                                                                    mmh@thedebtdoctors.com
                                                                    412-395-6001
                                                                    PA I.D. No. 88927

**PAWB Local Form 24 (07/13)**