**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL D VINSICK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>        vs.<br>No Respondents. | Case No.:19-24330 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 11/05/2019 and confirmed on 1/14/20 . The case was subsequently Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 349,558.28 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 349,558.28 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 24,277.79 | |
|    Trustee Fee | 16,328.36 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 40,606.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PREMIER BANK F/K/A FIRST FEDERAL BA | 0.00 | 107,406.57 | 0.00 | 107,406.57 |
|     Acct: 3222 | | | | |
|   FIRST FEDERAL BANK OF THE MIDWEST | 2,446.22 | 2,446.22 | 0.00 | 2,446.22 |
|     Acct: 4009 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 44,720.28 | 0.00 | 44,720.28 |
|     Acct: 2544 | | | | |
|   PREMIER BANK F/K/A FIRST FEDERAL BA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3222 | | | | |
|   DOLLAR BANK FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4652 | | | | |
|   PREMIER BANK F/K/A FIRST FEDERAL BA | 5,245.67 | 5,245.67 | 0.00 | 5,245.67 |
|     Acct: 3222 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 1,850.93 | 1,850.93 | 0.00 | 1,850.93 |
|     Acct: 2544 | | | | |
|   FIRST FEDERAL BANK OF THE MIDWEST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4009 | | | | |
|   GREENE COUNTY TAX CLAIM BUREAU | 93.01 | 93.01 | 20.50 | 113.51 |
|     Acct: 6848 | | | | |
|   GREENE COUNTY TAX CLAIM BUREAU | 354.77 | 354.77 | 77.82 | 432.59 |
|     Acct: 4635 | | | | |
|   WH MIDWEST LLC DBA WAYNE HOMES | 51,964.63 | 51,964.63 | 0.00 | 51,964.63 |
|     Acct: 2677 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 1,809.84 | 1,809.84 | 68.80 | 1,878.64 |
|     Acct: 0040 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 0.00 | 35,817.40 | 0.00 | 35,817.40 |
|     Acct: 4297 | | | | |
|   DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4652 | | | | |
| | | | | 251,876.44 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL D VINSICK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| THE DEBT DOCTORS LLC | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| THE DEBT DOCTORS LLC | 3,224.95 | 3,224.95 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX0/20 | | | | |
| THE DEBT DOCTORS LLC | 10,163.10 | 10,163.10 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX1/21 | | | | |
| THE DEBT DOCTORS LLC | 3,148.37 | 3,148.37 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX7/21 | | | | |
| THE DEBT DOCTORS LLC | 5,741.37 | 5,741.37 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX5/22 | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6407 | | | | |
| REBECCA VINSICK | 1,719.00 | 1,719.00 | 0.00 | 1,719.00 |
|   Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 10,093.14 | 10,093.14 | 0.00 | 10,093.14 |
|   Acct: 6407 | | | | |
| PA DEPARTMENT OF REVENUE* | 22,190.73 | 22,190.73 | 0.00 | 22,190.73 |
|   Acct: 6407 | | | | |
| GREENE COUNTY TAX CLAIM BUREAU | 2,299.80 | 2,299.80 | 139.19 | 2,438.99 |
|   Acct: 4635 | | | | |
| PREMIER BANK F/K/A FIRST FEDERAL BA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3222 | | | | |
|  | | | | 36,441.86 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 9,347.07 | 2,019.71 | 0.00 | 2,019.71 |
|   Acct: 2001 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 2,160.81 | 466.91 | 0.00 | 466.91 |
|   Acct: 1002 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6280 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,306.66 | 714.50 | 0.00 | 714.50 |
|   Acct: 8821 | | | | |
| LVNV FUNDING LLC | 452.39 | 97.75 | 0.00 | 97.75 |
|   Acct: 0944 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR GE | 370.75 | 80.11 | 0.00 | 80.11 |
|   Acct: 7893 | | | | |
| LENDING CLUB CORP* | 25,088.27 | 5,421.07 | 0.00 | 5,421.07 |
|   Acct: 8533 | | | | |
| ML FACTORS FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SETERUS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8799 | | | | |
| KELLY A STEPP ESQ | 500.00 | 108.04 | 0.00 | 108.04 |
|   Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6770 | | | | |
| PA DEPARTMENT OF REVENUE* | 6,084.09 | 1,314.65 | 0.00 | 1,314.65 |
|   Acct: 6407 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 8,441.36 | 1,824.01 | 0.00 | 1,824.01 |
|   Acct: 1005 | | | | |
| PNC BANK NA | 26,202.18 | 5,661.77 | 0.00 | 5,661.77 |
|   Acct: 9121 | | | | |
| REBECCA VINSICK | 12,010.50 | 2,595.23 | 0.00 | 2,595.23 |
|   Acct: FEES | | | | |
| INTERNAL REVENUE SERVICE* | 1,527.59 | 330.08 | 0.00 | 330.08 |
|   Acct: 6407 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 77,277.29 | 0.00 | 0.00 | 0.00 |
|   Acct: 0615 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |

19-24330 JAD                                                                                    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: 9406 | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | STEPP LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | DONNA M DONAHER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 20,633.83 |

| | | |
|---|---:|---:|
| TOTAL PAID TO CREDITORS | | 308,952.13 |

TOTAL CLAIMED
PRIORITY        36,302.67
SECURED         63,765.07
UNSECURED      172,768.96

Date: 04/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL D VINSICK

   Debtor(s)

Ronda J. Winnecour
   Movant
  vs.
No Repondents.

Case No.:19-24330 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

 (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

 (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

 (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

 (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

 (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

 (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael D Vinsick  
Debtor

Case No. 19-24330-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Apr 28, 2025     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D Vinsick, 334 Ceylon Road, Carmichaels, PA 15320-1402 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| sp | + | David A Colecchia, 324 S. Maple Ave., Greensburg, PA 15601-3219 |
| r | + | John Kubicar, Century 21 Frontier Realty, 680 Jefferson Avenue, Washington, PA 15301-4119 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Premier Bank fka First Federal Bank of the Midwest, 275 W. Federal Street, Youngtown, OH 44503-1200 |
| 15152105 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15210147 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15172115 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15399950 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15184996 | + | Greene County Treasurer Office, 93 E. High St., Waynesburg, PA 15370-1890 |
| 15152108 | + | Home Savings, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15166561 | + | Home Savings Bank, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15183588 | + | Kelly A. Stepp, Esquire, 64 N. Richhill St., Ste 101, Waynesburg, PA 15370-1306 |
| 15166564 | + | ML Factors Funding LLC, 456A Central Avenue, Cedarhurst, NY 11516-1927 |
| 15166565 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 15166566 | | Pennsylvania Department of Revenue, Bureau of Individual Taxes, PO Box 280431, Harrisburg, PA 17128-0431 |
| 15365657 | + | Premier Bank f/k/a First Federal Bank of the Midwe, 275 W. Federal Street, Youngstown, Ohio 44503-1200 |
| 15152113 | + | S & T Bank, 800 Philadelphia, Indiana, PA 15701-3908 |
| 15152114 | + | Seterus, Inc., Attn: Bankruptcy, Po Box 1077, Hartford, CT 06143-1077 |
| 15152115 | + | Stepp Law Offices, Kelly A. Stepp, Esq., 64 N. Rich Hill Street, Suite 101, Waynesburg, PA 15370-1306 |
| 15166572 | + | Treasurer's Office Greene County, 93 East High Street, Waynesburg, PA 15370-1839 |
| 15287371 | + | WH Midwest, LLC, 3777 Boettler Oaks Drive, Uniontown, OH 44685-7733 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Apr 29 2025 01:35:47 | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 29 2025 01:40:00 | First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, Pa 15212-5708 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 10:38:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15172702 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2025 01:57:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15152101 | + | Email/PDF: bncnotices@becket-lee.com | Apr 29 2025 01:57:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |

Case 19-24330-JAD    Doc 181    Filed 04/30/25    Entered 05/01/25 00:31:06    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15152102 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2025 02:10:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15169004 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2025 02:10:12 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15152103 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2025 01:43:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15152104 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:57:44 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172114 | ^ | MEBN | Apr 29 2025 01:35:46 | Dollar Bank, FSB, 300 W. Tuscarawas Street, Canton, OH 44702-1911 |
| 15152106 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 29 2025 01:40:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15180449 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 29 2025 01:40:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15152107 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 29 2025 01:43:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15166562 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2025 01:41:00 | Internal Revenue Service, Centralized Insolvency Unit, PO Box 21126, Philadelphia, PA 19114-0326 |
| 15181120 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 01:44:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166563 | + | Email/Text: Documentfiling@lciinc.com | Apr 29 2025 01:40:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15152109 | + | Email/Text: Documentfiling@lciinc.com | Apr 29 2025 01:40:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15152110 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 29 2025 01:41:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15152111 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 29 2025 01:44:07 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15318984 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 29 2025 01:42:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15181135 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2025 01:40:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15177804 | | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2025 01:42:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15166569 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 29 2025 01:43:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15152116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:34 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15152788 | ^ | MEBN | Apr 29 2025 01:36:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15183603 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 29 2025 01:43:00 | The Bank of New York Mellon et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15307674 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 29 2025 01:42:00 | WH Midwest, LLC d/b/a Wayne Homes, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |

TOTAL: 27

Case 19-24330-JAD   Doc 181   Filed 04/30/25   Entered 05/01/25 00:31:06   Desc
Imaged Certificate of Notice   Page 8 of 9

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 50 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | | WH Midwest, LLC d/b/a Wayne Homes |
| 15450439 | | Premier Bank fka First Federal Bank of the Midwest |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15175459 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15178154 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15166555 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15166556 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15166557 | *+ | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15166558 | * | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15166559 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15166560 | *+ | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15287370 | *+ | Home Savings Bank, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15183589 | *+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15166567 | *+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15166568 | *+ | Seterus, Inc., Attn: Bankruptcy, PO Box 1077, Hartford, CT 06143-1077 |
| 15166570 | *+ | Stepp Law Offices, Kelly A. Stepp, Esq., 64 N. Rich Hill Street, Suite 101, Waynesburg, PA 15370-1306 |
| 15166571 | *+ | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15152112 | ##+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15287372 | ##+ | WH Midwest, LLC, c/o Jamie M. Haren, Esq., 6370 Mt. Pleasant Street NW, North Canton, OH 44720-5310 |

TOTAL: 3 Undeliverable, 15 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Elizabeth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@bdblaw.com |
| Keri P. Ebeck | on behalf of Creditor WH Midwest  LLC d/b/a Wayne Homes kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Michaels | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 50 |

on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michelle L. McGowan
    on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard J. Thomas
    on behalf of Creditor Premier Bank fka First Federal Bank of the Midwest  s/b/m to Home Savings Bank rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 12