| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael D Vinsick<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6407<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–24330–JAD | |

# Order of Discharge                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael D Vinsick

<u>6/24/25</u>                                                           **By the court:** <u>Jeffery A. Deller</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                              Case No. 19-24330-JAD

Michael D Vinsick                                  Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                 User: auto                                       Page 1 of 4

Date Rcvd: Jun 24, 2025                        Form ID: 3180W                             Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D Vinsick, 334 Ceylon Road, Carmichaels, PA 15320-1402 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| sp | + | David A Colecchia, 324 S. Maple Ave., Greensburg, PA 15601-3219 |
| r | + | John Kubicar, Century 21 Frontier Realty, 680 Jefferson Avenue, Washington, PA 15301-4119 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Premier Bank fka First Federal Bank of the Midwest, 275 W. Federal Street, Youngtown, OH 44503-1200 |
| 15152105 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15210147 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15172115 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15399950 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15184996 | + | Greene County Treasurer Office, 93 E. High St., Waynesburg, PA 15370-1890 |
| 15152108 | + | Home Savings, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15166561 | + | Home Savings Bank, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15183588 | + | Kelly A. Stepp, Esquire, 64 N. Richhill St., Ste 101, Waynesburg, PA 15370-1306 |
| 15166564 | + | ML Factors Funding LLC, 456A Central Avenue, Cedarhurst, NY 11516-1927 |
| 15166565 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 15166566 | | Pennsylvania Department of Revenue, Bureau of Individual Taxes, PO Box 280431, Harrisburg, PA 17128-0431 |
| 15365657 | + | Premier Bank f/k/a First Federal Bank of the Midwe, 275 W. Federal Street, Youngstown, Ohio 44503-1200 |
| 15152113 | + | S & T Bank, 800 Philadelphia, Indiana, PA 15701-3908 |
| 15152114 | + | Seterus, Inc., Attn: Bankruptcy, Po Box 1077, Hartford, CT 06143-1077 |
| 15152115 | + | Stepp Law Offices, Kelly A. Stepp, Esq., 64 N. Rich Hill Street, Suite 101, Waynesburg, PA 15370-1306 |
| 15166572 | + | Treasurer's Office Greene County, 93 East High Street, Waynesburg, PA 15370-1839 |
| 15287371 | + | WH Midwest, LLC, 3777 Boettler Oaks Drive, Uniontown, OH 44685-7733 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 25 2025 04:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 25 2025 04:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Jun 25 2025 00:05:02 | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 25 2025 00:12:00 | First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, Pa 15212-5708 |

Case 19-24330-JAD   Doc 186   Filed 06/26/25   Entered 06/27/25 00:34:12   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 24, 2025 | Form ID: 3180W | Total Noticed: 52 |

| | | | | |
| --- | --- | --- | --- | --- |
| cr | | + EDI: PRA.COM | Jun 25 2025 04:06:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15172702 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2025 00:21:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15152101 | + | Email/PDF: bncnotices@becket-lee.com | Jun 25 2025 00:21:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15152102 | + | EDI: CAPITALONE.COM | Jun 25 2025 04:06:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15169004 | | EDI: CAPITALONE.COM | Jun 25 2025 04:06:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15152103 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2025 00:21:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15152104 | | EDI: CITICORP | Jun 25 2025 04:06:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172114 | ^ | MEBN | Jun 25 2025 00:05:01 | Dollar Bank, FSB, 300 W. Tuscarawas Street, Canton, OH 44702-1911 |
| 15152106 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 25 2025 00:12:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15180449 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 25 2025 00:12:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15152107 | + | EDI: PHINGENESIS | Jun 25 2025 04:06:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15166562 | | EDI: IRS.COM | Jun 25 2025 04:06:00 | Internal Revenue Service, Centralized Insolvency Unit, PO Box 21126, Philadelphia, PA 19114-0326 |
| 15181120 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 00:21:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166563 | + | EDI: LENDNGCLUB | Jun 25 2025 04:06:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15152109 | + | EDI: LENDNGCLUB | Jun 25 2025 04:06:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15152110 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 25 2025 00:12:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15152111 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 25 2025 00:21:28 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15318984 | | Email/Text: peritus@ebn.phinsolutions.com | Jun 25 2025 00:13:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15181135 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2025 00:12:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15177804 | | EDI: Q3G.COM | Jun 25 2025 04:06:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15152113 | + | Email/Text: bankruptcynotices@stbank.com | Jun 25 2025 00:13:00 | S & T Bank, 800 Philadelphia, Indiana, PA 15701-3908 |
| 15166569 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 25 2025 00:13:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15152116 | + | EDI: SYNC | Jun 25 2025 04:06:00 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15152788 | ^ | MEBN | Jun 25 2025 00:04:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: 3180W | Total Noticed: 52 |

| Recip ID | | | | |
|---|---|---|---|---|
| 15183603 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 25 2025 00:13:00 | 23541-1021<br>The Bank of New York Mellon et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15307674 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 25 2025 00:13:00 | WH Midwest, LLC d/b/a Wayne Homes, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | | WH Midwest, LLC d/b/a Wayne Homes |
| 15450439 | | Premier Bank fka First Federal Bank of the Midwest |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15175459 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15178154 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15166555 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15166556 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15166557 | *+ | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15166558 | * | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15166559 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15166560 | *+ | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15287370 | *+ | Home Savings Bank, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15183589 | *+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15166567 | *+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15166568 | *+ | Seterus, Inc., Attn: Bankruptcy, PO Box 1077, Hartford, CT 06143-1077 |
| 15166570 | *+ | Stepp Law Offices, Kelly A. Stepp, Esq., 64 N. Rich Hill Street, Suite 101, Waynesburg, PA 15370-1306 |
| 15166571 | *+ | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15152112 | ##+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15287372 | ##+ | WH Midwest, LLC, c/o Jamie M. Haren, Esq., 6370 Mt. Pleasant Street NW, North Canton, OH 44720-5310 |

TOTAL: 3 Undeliverable, 15 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 24, 2025 | Form ID: 3180W | Total Noticed: 52 |

        as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com

Donna M. Donaher
        on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Elizabeth L. Slaby
        on behalf of Creditor Dollar Bank  FSB bslaby@bdblaw.com

Keri P. Ebeck
        on behalf of Creditor WH Midwest  LLC d/b/a Wayne Homes kebeck@bernsteinlaw.com,
        btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Michaels
        on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Matthew M. Herron
        on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
        on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michelle L. McGowan
        on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely
        as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif mimcgowan@raslg.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Richard J. Thomas
        on behalf of Creditor Premier Bank fka First Federal Bank of the Midwest  s/b/m to Home Savings Bank
        rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 12