IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL D VINSICK

    Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-24330-JAD

Chapter 13

Related to Doc No.: 178

ORDER OF COURT

AND NOW, this __24th__ day of __June__, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
6/24/25 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24330-JAD |
| Michael D Vinsick | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D Vinsick, 334 Ceylon Road, Carmichaels, PA 15320-1402 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| sp | + | David A Colecchia, 324 S. Maple Ave., Greensburg, PA 15601-3219 |
| r | + | John Kubicar, Century 21 Frontier Realty, 680 Jefferson Avenue, Washington, PA 15301-4119 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Premier Bank fka First Federal Bank of the Midwest, 275 W. Federal Street, Youngtown, OH 44503-1200 |
| 15152105 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15210147 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15172115 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15399950 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15184996 | + | Greene County Treasurer Office, 93 E. High St., Waynesburg, PA 15370-1890 |
| 15152108 | + | Home Savings, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15166561 | + | Home Savings Bank, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15183588 | + | Kelly A. Stepp, Esquire, 64 N. Richhill St., Ste 101, Waynesburg, PA 15370-1306 |
| 15166564 | + | ML Factors Funding LLC, 456A Central Avenue, Cedarhurst, NY 11516-1927 |
| 15166565 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 15166566 | | Pennsylvania Department of Revenue, Bureau of Individual Taxes, PO Box 280431, Harrisburg, PA 17128-0431 |
| 15365657 | + | Premier Bank f/k/a First Federal Bank of the Midwe, 275 W. Federal Street, Youngstown, Ohio 44503-1200 |
| 15152113 | + | S & T Bank, 800 Philadelphia, Indiana, PA 15701-3908 |
| 15152114 | + | Seterus, Inc., Attn: Bankruptcy, Po Box 1077, Hartford, CT 06143-1077 |
| 15152115 | + | Stepp Law Offices, Kelly A. Stepp, Esq., 64 N. Rich Hill Street, Suite 101, Waynesburg, PA 15370-1306 |
| 15166572 | + | Treasurer's Office Greene County, 93 East High Street, Waynesburg, PA 15370-1839 |
| 15287371 | + | WH Midwest, LLC, 3777 Boettler Oaks Drive, Uniontown, OH 44685-7733 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jun 25 2025 00:05:02 | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 25 2025 00:12:00 | First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, Pa 15212-5708 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2025 00:21:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15172702 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2025 00:21:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15152101 | + | Email/PDF: bncnotices@becket-lee.com | Jun 25 2025 00:21:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 15152102 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2025 00:21:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15169004 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2025 00:21:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15152103 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2025 00:21:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15152104 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2025 00:21:20 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172114 | ^ MEBN | Jun 25 2025 00:05:01 | Dollar Bank, FSB, 300 W. Tuscarawas Street, Canton, OH 44702-1911 |
| 15152106 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 25 2025 00:12:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15180449 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 25 2025 00:12:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15152107 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 25 2025 00:13:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15166562 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2025 00:12:00 | Internal Revenue Service, Centralized Insolvency Unit, PO Box 21126, Philadelphia, PA 19114-0326 |
| 15181120 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 00:21:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166563 | + Email/Text: Documentfiling@lciinc.com | Jun 25 2025 00:12:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15152109 | + Email/Text: Documentfiling@lciinc.com | Jun 25 2025 00:12:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15152110 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 25 2025 00:12:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15152111 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jun 25 2025 00:21:20 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15318984 | Email/Text: peritus@ebn.phinsolutions.com | Jun 25 2025 00:13:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15181135 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2025 00:12:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15177804 | Email/Text: bnc-quantum@quantum3group.com | Jun 25 2025 00:13:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15152113 | + Email/Text: bankruptcynotices@stbank.com | Jun 25 2025 00:13:00 | S & T Bank, 800 Philadelphia, Indiana, PA 15701-3908 |
| 15166569 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 25 2025 00:13:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15152116 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2025 00:21:47 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15152788 | ^ MEBN | Jun 25 2025 00:04:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15183603 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 25 2025 00:13:00 | The Bank of New York Mellon et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15307674 | + Email/Text: kburkley@bernsteinlaw.com | Jun 25 2025 00:13:00 | WH Midwest, LLC d/b/a Wayne Homes, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | The Bank of New York Mellon, successor to The Bank |
| cr |  | WH Midwest, LLC d/b/a Wayne Homes |
| 15450439 |  | Premier Bank fka First Federal Bank of the Midwest |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15175459 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15178154 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15166555 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15166556 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15166557 | *+ | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15166558 | * | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15166559 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15166560 | *+ | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15287370 | *+ | Home Savings Bank, Attention: Legal Department, 275 West Federal Streeet, Youngstown, OH 44503-1200 |
| 15183589 | *+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15166567 | *+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15166568 | *+ | Seterus, Inc., Attn: Bankruptcy, PO Box 1077, Hartford, CT 06143-1077 |
| 15166570 | *+ | Stepp Law Offices, Kelly A. Stepp, Esq., 64 N. Rich Hill Street, Suite 101, Waynesburg, PA 15370-1306 |
| 15166571 | *+ | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15152112 | ##+ | Rebecca Vinsick, 228 Nemacolin Road, Carmichaels, PA 15320-1124 |
| 15287372 | ##+ | WH Midwest, LLC, c/o Jamie M. Haren, Esq., 6370 Mt. Pleasant Street NW, North Canton, OH 44720-5310 |

TOTAL: 3 Undeliverable, 15 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Elizabeth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@bdblaw.com |
| Keri P. Ebeck | on behalf of Creditor WH Midwest  LLC d/b/a Wayne Homes kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 50

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michelle L. McGowan
    on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard J. Thomas
    on behalf of Creditor Premier Bank fka First Federal Bank of the Midwest  s/b/m to Home Savings Bank rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 12