**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MICHAEL D VINSICK | Case No.:19-24330 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/05/2019 and confirmed on 01/14/2020. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 349,558.28 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 349,558.28 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 24,277.79 | |
|    Trustee Fee | 16,328.36 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 40,606.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PREMIER BANK F/K/A FIRST FEDERAL BA | 0.00 | 107,406.57 | 0.00 | 107,406.57 |
|     Acct: 3222 | | | | |
|   FIRST FEDERAL BANK OF THE MIDWEST | 2,446.22 | 2,446.22 | 0.00 | 2,446.22 |
|     Acct: 4009 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 44,720.28 | 0.00 | 44,720.28 |
|     Acct: 2544 | | | | |
|   PREMIER BANK F/K/A FIRST FEDERAL BA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3222 | | | | |
|   DOLLAR BANK FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4652 | | | | |
|   PREMIER BANK F/K/A FIRST FEDERAL BA | 5,245.67 | 5,245.67 | 0.00 | 5,245.67 |
|     Acct: 3222 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 1,850.93 | 1,850.93 | 0.00 | 1,850.93 |
|     Acct: 2544 | | | | |
|   FIRST FEDERAL BANK OF THE MIDWEST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4009 | | | | |
|   GREENE COUNTY TAX CLAIM BUREAU | 93.01 | 93.01 | 20.50 | 113.51 |
|     Acct: 6848 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| GREENE COUNTY TAX CLAIM BUREAU | 354.77 | 354.77 | 77.82 | 432.59 |
| Acct: 4635 | | | | |
| WH MIDWEST LLC DBA WAYNE HOMES | 51,964.63 | 51,964.63 | 0.00 | 51,964.63 |
| Acct: 2677 | | | | |
| FAYETTE COUNTY TAX CLAIM BUREAU* | 1,809.84 | 1,809.84 | 68.80 | 1,878.64 |
| Acct: 0040 | | | | |
| PERITUS PORTFOLIO SERVICES* | 0.00 | 35,817.40 | 0.00 | 35,817.40 |
| Acct: 4297 | | | | |
| DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4652 | | | | |
| | | | | 251,876.44 |
| **Priority** | | | | |
| MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL D VINSICK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 3,224.95 | 3,224.95 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX0/20 | | | | |
| THE DEBT DOCTORS LLC | 10,163.10 | 10,163.10 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX1/21 | | | | |
| THE DEBT DOCTORS LLC | 3,148.37 | 3,148.37 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX7/21 | | | | |
| THE DEBT DOCTORS LLC | 5,741.37 | 5,741.37 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX5/22 | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6407 | | | | |
| REBECCA VINSICK | 1,719.00 | 1,719.00 | 0.00 | 1,719.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 10,093.14 | 10,093.14 | 0.00 | 10,093.14 |
| Acct: 6407 | | | | |
| PA DEPARTMENT OF REVENUE* | 22,190.73 | 22,190.73 | 0.00 | 22,190.73 |
| Acct: 6407 | | | | |
| GREENE COUNTY TAX CLAIM BUREAU | 2,299.80 | 2,299.80 | 139.19 | 2,438.99 |
| Acct: 4635 | | | | |
| PREMIER BANK F/K/A FIRST FEDERAL BA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3222 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 26.09 | 26.09 | 0.00 | 26.09 |
| Acct: XXXXXXXXXXXXX ESQ | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 30.61 | 30.61 | 0.00 | 30.61 |
| Acct: XXXXXXXXXXXXX ESQ | | | | |
| | | | | 36,498.56 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 9,347.07 | 2,019.71 | 0.00 | 2,019.71 |
| Acct: 2001 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 2,160.81 | 466.91 | 0.00 | 466.91 |
| Acct: 1002 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6280 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,306.66 | 714.50 | 0.00 | 714.50 |
| Acct: 8821 | | | | |
| LVNV FUNDING LLC | 452.39 | 97.75 | 0.00 | 97.75 |
| Acct: 0944 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR GE | 370.75 | 80.11 | 0.00 | 80.11 |
| Acct: 7893 | | | | |
| LENDING CLUB CORP* | 25,088.27 | 5,421.07 | 0.00 | 5,421.07 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: 8533 | ML FACTORS FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | SETERUS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8799 | KELLY A STEPP ESQ | 500.00 | 51.34 | 0.00 | 51.34 |
| Acct: | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6770 | PA DEPARTMENT OF REVENUE* | 6,084.09 | 1,314.65 | 0.00 | 1,314.65 |
| Acct: 6407 | AMERICAN EXPRESS NATIONAL BANK | 8,441.36 | 1,824.01 | 0.00 | 1,824.01 |
| Acct: 1005 | PNC BANK NA | 26,202.18 | 5,661.77 | 0.00 | 5,661.77 |
| Acct: 9121 | REBECCA VINSICK | 12,010.50 | 2,595.23 | 0.00 | 2,595.23 |
| Acct: FEES | INTERNAL REVENUE SERVICE* | 1,527.59 | 330.08 | 0.00 | 330.08 |
| Acct: 6407 | FIRST NATIONAL BANK OF PA(*) | 77,277.29 | 0.00 | 0.00 | 0.00 |
| Acct: 0615 | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9406 | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | STEPP LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | DONNA M DONAHER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 20,577.13 |

TOTAL PAID TO CREDITORS                                                                                       308,952.13

TOTAL CLAIMED
PRIORITY       36,359.37
SECURED        63,765.07
UNSECURED     172,768.96

Date: 10/16/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com